AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| HAYNIE, MARK A.; The CalGuns Foundation, Inc.; and The Second Amendment Foundation <br> *Plaintiff* <br> v. <br> City of Pleasanton, City of Pleasanton Police Department; and California Department of Justice <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. CV 10 1255 SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Pleasanton
ATTN: Jonathan Lowell, Office of the City Attorney
123 Main Street
PO Box 520
Pleasanton CA 94566   *And all named Defendants*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Donald E. J. Kilmer, Jr.
Law Offices of Donald Kilmer, A Professional Corproation
1645 Willow Street, Suite 150
San Jose CA 95125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR 2 5 2010

HELEN ALMACEN

*Signature of Clerk or Deputy Clerk*