Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT, CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,<br><br>Defendants. | Case No.:   10-CV-01255 SI<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS CITY OF PLEASANTON and CITY OF PLEASANTON POLICE DEPARTMENT <u>WITH PREJUDICE</u>** |

It is hereby stipulated by all Plaintiffs and the Defendants CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT and any agents employees or other responsible parties (any potential Doe Defendants) of said Defendants, that the above entitled action, be dismissed with prejudice, each party to bear their own attorney fees and costs. The parties also stipulate that fax signatures are sufficient to bind the parties without filing originals.

Donald Kilmer
Attorney at Law
1645 Willow St
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1 | **SO STIPULATED.**

2 | Dated: May 28, 2010

*Donald Kilmer*
Attorney for All Plaintiffs

5 | Dated: May 29, 2010

Louis A. Leone
Attorney for Defendants
City of Pleasanton and City of
Pleasanton Police Dept.

9 | PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

11 | Dated: _____

Honorable Susan ~~Austin~~ ILLSTON
United States District Judge

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stip/Dismissal: City of Pleasanton     Page 2 of 2     Haynie v City of Pleasanton