

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **MARK AARON HAYNIE, THE**              Case No. 10-cv-1255-SI
    **CALGUNS FOUNDATION, INC., and THE**
    **SECOND AMENDMENT FOUNDATION,**       **STIPULATION AND [PROPOSED]**
13                                          **ORDER SELECTING ADR PROCESS**
                                            **AND CONTINUING CASE**
                                 Plaintiffs, **MANAGEMENT CONFERENCE**
14

15           **v.**

16  **CITY OF PLEASANTON, CITY OF**
    **PLEASANTON POLICE DEPARTMENT,**
17  **CALIFORNIA DEPARTMENT OF**
    **JUSTICE, and DOES 1 TO 20,**
18
                                 Defendants.
19

20          Counsel report that they have met and conferred regarding ADR and have reached the

21  following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

22  The parties agree to participate in Early Neutral Evaluation pursuant to ADR Local Rule 5.

23          In the interest of conserving judicial resources as well as those of the litigants, counsel for

24  the parties request that initial disclosures required by Federal Rule of Civil Procedure 26(f) and

25  the order of this Court, as well as the Case Management Conference scheduled for July 10, 2010,

26  be continued until after the Early Neutral Evaluation has occurred.

27  ///

28  ///

                                          1

1    // 

2    //

3    SO STIPULATED.

4

5    Dated:  June 23, 2010                     /s/ Ross C. Moody_____
                                            Ross C. Moody

6                                             Deputy Attorney General
                                            Counsel for Defendant, California

7                                             Department of Justice

8    Dated:  June 23, 2010                     /s/ Donald E. J. Kilmer, Jr._____
                                            Donald E. J. Kilmer, Jr.

9                                             Counsel for Plaintiffs

10

11        Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral

12    Evaluation.  The deadline for ADR session is 90 days from the date of this order.  Good cause

13    appearing, the Case Management Conference set for July 10, 2010 shall be continued until after

14    the ADR session has been completed.  In addition, the parties may defer completing the initial

15    disclosures and joint statement required by Federal Rule of Civil Procedure 26(f) until 30 days

16    after the ADR session.

17    IT IS SO ORDERED.

18

19    Dated:  _____      _____
                                                The Honorable Susan Illston

20

21

22

23

24

25

26

27

28