IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT, CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,**<br><br>Defendants. | Case No. 10-cv-1255-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

The parties agree to participate in Early Neutral Evaluation pursuant to ADR Local Rule 5.

In the interest of conserving judicial resources as well as those of the litigants, counsel for the parties request that initial disclosures required by Federal Rule of Civil Procedure 26(f) and the order of this Court, as well as the Case Management Conference scheduled for July 10, 2010, be continued until after the Early Neutral Evaluation has occurred.

///

///

1 //

2 //

3 SO STIPULATED.

4

5 Dated: June 23, 2010 /s/ Ross C. Moody_____
Ross C. Moody
Deputy Attorney General
6 Counsel for Defendant, California
Department of Justice

7

8 Dated: June 23, 2010 /s/ Donald E. J. Kilmer, Jr._____
Donald E. J. Kilmer, Jr.
9 Counsel for Plaintiffs

10

11     Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral

12 Evaluation. The deadline for ADR session is 90 days from the date of this order. Good cause

13 appearing, the Case Management Conference set for July 10, 2010 shall be continued until after

14 the ADR session has been completed. In addition, the parties may defer completing the initial

15 disclosures and joint statement required by Federal Rule of Civil Procedure 26(f) until 30 days

16 after the ADR session.

17 IT IS SO ORDERED.

18

19 Dated: _____ _____
The Honorable Susan Illston

20     The case management conference has been continued to Friday, October 1, 2010, at 2:30

21 p.m.

2

Stipulation And [Proposed] Order Selecting ADR Process And Continuing Case Management Conference
(10-cv-1255-SI)