**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Haynie, | 10-01255 SI ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| City of Pleasanton, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **James V Fitzgerald**
> McNamara Dodge Ney Beatty Slattery, Pfalzer, LLP
> 1211 Newell Ave., 2nd Fl.
> Walnut Creek, CA 94596
> 925-939-5330
> James.Fitzgerald@Mcnamaralaw.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
10-01255 SI

1    Counsel are reminded that the written ENE statements required by the ADR L.R.

2  5-8 shall NOT be filed with the court.

3

4  Dated: July 16, 2010

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:     Alice M. Fiel

7                                                         /s/
8                                          ADR Case Administrator
                                           415-522-3148
9                                          Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
10-01255 SI
                                    -2-