1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Plaintiffs

8           UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9           SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT, CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,<br><br>Defendants. | Case No.:   CV 10 1255 SI<br><br>**JOINT REQUEST TO RESET CMC**<br><br>[Proposed Order Resetting CMC]<br><br>Currently set for January 21, 2011<br><br>Proposed reset for February 4, 2011 |

21      On or about September 30, 2010, the Court continued the October 1, 2010 Case Management Conference to January 21, 2011.  However, Plaintiffs' Counsel has a criminal jury trial set to begin on January 21, 2011 in Oakland, CA. Defendant's Counsel, Ross Moody, was contacted and he has no objection to reseting the Case Management Conference on February 4, 2011 at 2:30 p.m.

Respectfully Submitted on October 1, 2010.

  /s/                                              /s/
Ross Moody, Counsel for Defendant          Donald Kilmer, Counsel for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1 **SO ORDERED.**

2 The Case Management Conference set for January 21, 2011 at 2:30 p.m. is

3 reschedule to February 4, 2011 at 2:30 p.m.

4 Date:

6         United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487