1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO / OAKLAND DIVISION

10 MARK AARON HAYNIE, THE              Case No.:     CV 10 1255 SI
   CALGUNS FOUNDATION, INC.,
11 and THE SECOND AMENDMENT            **JOINT REQUEST TO RESET CMC**
   FOUNDATION, INC.,
12                                     [Proposed Order Resetting CMC]
13          Plaintiffs,
                                       Currently set for January 21, 2011
14              vs.
                                       Proposed reset for February 4, 2011
15 CITY OF PLEASANTON, CITY OF
16 PLEASANTON POLICE
   DEPARTMENT, CALIFORNIA
17 DEPARTMENT OF JUSTICE, and
   DOES 1 TO 20,
18
19          Defendants.

20

21        On or about September 30, 2010, the Court continued the October 1, 2010

22 Case Management Conference to January 21, 2011.  However, Plaintiffs' Counsel

23 has a criminal jury trial set to begin on January 21, 2011 in Oakland, CA.

24 Defendant's Counsel, Ross Moody, was contacted and he has no objection to reseting

25 the Case Management Conference on February 4, 2011 at 2:30 p.m.

26 Respectfully Submitted on October 1, 2010.

27

28 ____/s/_____        ____/s/_____
   Ross Moody, Counsel for Defendant   Donald Kilmer, Counsel for Plaintiffs

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1   **<u>SO ORDERED.</u>**

2   The Case Management Conference set for January 21, 2011 at 2:30 p.m. is

3   reschedule to February 4, 2011 at 2:30 p.m.

4   Date:

5   _____

6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

28