1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorney for Plaintiffs

6

7

8                UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO / OAKLAND DIVISION

10

| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT, CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20, <br><br> Defendants. | Case No.:    CV 10 1255 SI <br><br> **JOINT REQUEST TO RESET CMC** <br><br> [Proposed Order Resetting CMC] <br><br> Currently set for February 4, 2011 <br><br> Proposed reset for March 18, 2011 |
|---|---|

21      In December 2010, the parties submitted a Joint Statement of Undisputed
22  Facts (ENE) to James Fitzgerald the ADR evaluator assigned to this case. The joint
23  statement includes the parties' litigation positions and legal authority for those
24  positions.
25      On January 20, 2011, the parties participated in a teleconference with Mr.
26  Fitzgerald. He has studied the Joint Statement and attached exhibits (page count
27  80+) and has determined that the case involves complex and evolving issues of
28  firearm technology.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  Mr. Fitzgerald and the parties anticipate scheduling an ENE conference to be
2  completed before end of February, 2011.

3  The parties are requesting that the Case Management Conference set for
4  February 4, 2011 be reset to accommodate the ENE conference and give the parties
5  sufficient time to draft a Joint Case Management Statement in the event that the
6  case does not settle.

7  The parties will immediately notify the Court if the case gets settled at the
8  ENE Conference.

9  The parties are proposing to continue the CMC currently set for February 4,
10 2011 to March 18, 2011 at 2:30 p.m.

11  Respectfully Submitted on January 20, 2011.

12
13  _____/s/_____              _____/s/_____
    Ross Moody, Counsel for Defendant       Donald Kilmer, Counsel for Plaintiffs

14
15  **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

16  I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from
17  Ross Moody that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on
18  January 20, 2011.

19  _____/s/_____
    Donald Kilmer of
20  Law Offices of Donald Kilmer, APC
    for Plaintiffs
21

22  **SO ORDERED**

23  The Case Management Conference set for February 4, 2011 at 2:30 p.m. is
24  rescheduled to March 18, 2011 at 2:30 p.m.

25  Date:

26

27  United States District Judge

28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487