# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Haynie,<br><br>          Plaintiff(s),<br><br>v.<br><br>City of Pleasanton,<br><br>          Defendant(s). | No. C 10-01255 SI ENE<br><br>**Certification of ADR Session** |

<u>*Instructions*</u>: **The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make <u>ANY</u> additional comments on this page - simply fill in the blanks and check the appropriate boxes.**

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __2/9/11__

2. Did the case settle?

   ☐ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☒ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? __After their upcoming CMC__

4. IS THIS ADR PROCESS COMPLETE? ☒ YES      ☐ NO

Dated: __2/11/11__

_____
**Evaluator**, James V Fitzgerald
McNamara Dodge Ney Beatty Slattery,
Pfalzer, LLP
1211 Newell Ave., 2nd Fl.
Walnut Creek, CA 94596