Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT, CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,<br><br>Defendants. | Case No.:   CV 10 1255 SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date: March 18, 2011<br>Conference Time: 2:00 p.m.<br>Conference Place: Courtroom 10<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |

1. **Jurisdiction & Service** – The parties stipulate that the Court has subject matter jurisdiction over the plaintiffs's claims and there are no issues regarding personal jurisdiction or venue.

2. **Facts** – Mark Haynie was arrested and required to post bail for an alleged violation of California Penal Code § 12280(b) – possession of an unregistered assault weapon. The Alameda District Attorney's Office declined to file charges against Mark Haynie and he was found factually innocent. The remaining dispute in this case is:

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

    a. Does the California Department of Justice have a general duty to issue statewide bulletins/memorandums to prevent similar false arrests.

    b. Does the California Department of Justice have a specific duty to issue a statewide bulletins/memorandums based on the specific technology involved in this case to prevent similar false arrests.

3. **Legal Issues** – Can a federal court compel the California Department of Justice to issue bulletins/memorandums to the State's District Attorneys and Law Enforcement agencies based on California Penal Code §§ 12276.5 and 12289?

4. **Motions** – Defendants anticipate filing a Rule 12 Motion. After some limited discovery is complete, Plaintiffs anticipate filing a Rule 56 Motion.

5. **Amendment of Pleadings** – Plaintiffs anticipate filing a First Amended Complaint to address issues developed during ADR and to address the dismissal of Defendants City of Pleasanton and City of Pleasanton Police Department. The parties stipulated that Plaintiffs' deadline to file the First Amended Complaint is March 18, 2011.

6. **Evidence Preservation** – Not applicable in this case.

7. **Disclosures** – The parties agree to make their Fed.R.Civ.P. 26(f) disclosures 60 days after filing/service of the First Amended Complaint.

8. **Discovery**

    a. Plaintiffs will take the following discovery.

        i. Document Request.

        ii. Requests for Admission.

    b. Defendants will take the following discovery.

        i. Requests for Admission.

9. **Class Action** – Not applicable to this case.

10. **Related Case** – None known by the parties at this time.

11. **Relief** – Plaintiffs seek declaratory and prospective injunctive relief and

1     payment of attorney fees and costs.

2  12.  **Settlement & ADR** – The parties have already participated in Joint Neutral
3     Evaluation.

4  13.  **Consent to Magistrate Judge for All Purposes** – The parties have not
5     consented to a magistrate judge.

6  14.  **Other References** – Not applicable in this case.

7  15.  **Narrowing the Issues** – The parties would like to discuss procedures for a
8     bench trial in this matter in conjunction with (or in lieu of) a cross motions
9     for summary judgment.

10  16.  **Expedited Schedule** – Not applicable in this case.

11  17.  **Scheduling** – The parties propose deferral of this decision until after the
12     court has ruled on Defendant's Rule 12 Motion.

13  18.  **Trial** – As noted above, the parties are prepared to discuss a bench trial in
14     conjunction with, or in lieu of, a Rule 56 Motion.

15  19.  **Disclosure of Non-Party Interest Entities or Persons** – None known at
16     this time.

17 RESPECTFULLY SUBMITTED.

18 Date: March 4, 2011                                Date: March 4, 2011

19   /s/                                           /s/

20 Ross Moody, Counsel for Defendant          Donald Kilmer, Counsel for Plaintiffs

21 **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

22

23     I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody that the content of this document is acceptable to all persons required
24 to sign the document. I declare that this document was signed in San Jose, CA on March 4, 2011.

25

      /s/
26 Donald Kilmer of
Law Offices of Donald Kilmer, APC
27 for Plaintiffs

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487