1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorneys for Plaintiffs

8  UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANTON, CITY OF PLEASANTON POLICE DEPARTMENT, CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,<br><br>Defendants. | Case No.: CV 10 1255 SI<br><br>**STIPULATION RE:**<br><br>**FIRST AMENDED COMPLAINT** |

21     The Defendants CITY OF PLEASANTON and CITY OF PLEASANTON

22  POLICE DEPARTMENT have been dismissed by a prior filing.

23     IT IS HEREBY STIPULATED by and between the remaining parties hereto

24  through their respective attorneys of record that the Plaintiffs may file a First

25  Amended Complaint, a copy of which is attached hereto.

26     IT IS FURTHER STIPULATED by and between the parties hereto through

27  their respective attorneys of record that the Plaintiffs may electronically file the

28  Second Amended Complaint.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

IT IS FURTHER STIPULATED by and between the parties that Defendants reserve all defenses.

SO STIPULATED.

Date: March 4, 2011                                       Date: March 4, 2011

_____/s/_____                              _____/s/_____
Ross Moody, Counsel for Defendant              Donald Kilmer, Counsel for Plaintiffs

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on March 4, 2011.

_____/s/_____
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiffs

**SO ORDERED**.

Date:

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487