IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK AARON HAYNIE,　　　　　　　　　　　No. C 10-01255SI

　　　　　Plaintiff,　　　　　　　　　　　　　**CLERK'S NOTICE**

　v.

CITY OF PLEASANTON,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the case management conference has been continued to Friday, March 25, 2011, at 2:30 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: March 15, 2011　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tracy Torakis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk