19 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: 3/25/11

Case No.   C-10-1255 SI          Judge:   SUSAN ILLSTON

Title: HAYNIE  -v- PLEASANTON

Attorneys: Don Kilmer           Ross Moody

Deputy Clerk:  Tracy Forakis  Court Reporter: n/a

### **PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to **6/10/11    @ 3:00 p.m..** for Further Case Management Conference

Case continued to **6/10/11    @ 9:00 a.m.**   for Defendant's Motion to Dismiss
(Motion due **5/6/11**, Opposition **5/20/11** Reply **5/27/11**)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:


ORDERED AFTER HEARING