KAMALA D. HARRIS
Attorney General of California
ZACKERY P. MORAZZINI
Supervising Deputy Attorney General
ROSS C. MOODY
Deputy Attorney General
State Bar No. 142541
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1376
  Fax:  (415) 703-1234
  E-mail:  Ross.Moody@doj.ca.gov
*Attorneys for Defendants California Department of Justice and Attorney General Kamala Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,**<br><br>Defendants. | 10-cv-1255-SI<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT (F.R.C.P. 12(b)(1) and 12(b)(6).)**<br><br>Date: June 10, 2011<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: The Honorable Susan Illston<br>Trial Date: N/A<br>Action Filed: March 25, 2010 |

PLEASE TAKE NOTICE THAT on June 10, 2011 at 9 a.m. in Courtroom 10 of 450 Golden Gate Avenue, San Francisco, California, Defendants California Department of Justice and Attorney General Kamala Harris will seek an order dismissing the First Amended Complaint filed herein for (1) lack of standing and (2) failure to state a claim upon which relief can be granted. This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the files and records of this case, and argument of counsel, if any.

1

| | | |
|---|---|---|
| 1 | Dated: May 6, 2011 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | ZACKERY P. MORAZZINI<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Ross C. Moody |
| 6 | | ROSS C. MOODY<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants California Department of Justice and Attorney* |
| 8 | | *General Kamala Harris* |

SA2010101060
20436889.doc

2

Notice of Motion and Motion to Dismiss – *Haynie et al. v. California DOJ, et al.* (10-cv-1255-SI)