| | |
|---|---|
| 1 | KAMALA D. HARRIS |
|   | Attorney General of California |
| 2 | ZACKERY P. MORAZZINI |
|   | Supervising Deputy Attorney General |
| 3 | ROSS C. MOODY |
|   | Deputy Attorney General |
| 4 | State Bar No. 142541 |

  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1376
  Fax:  (415) 703-1234
  E-mail:  Ross.Moody@doj.ca.gov
*Attorneys for Defendants California Department of Justice and Attorney General Kamala Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20,**<br><br>Defendants. | 10-cv-1255-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT (F.R.C.P. 12(b)(1) and 12(b)(6).)**<br><br>Date:         June 10, 2011<br>Time:        9:00 a.m.<br>Courtroom:  10<br>Judge         The Honorable Susan Illston<br>Trial Date    N/A<br>Action Filed:  March 25, 2010 |

Having reviewed the briefs of the parties and considered the arguments of counsel, the Court finds that Plaintiffs have failed to allege sufficient facts establishing Article III standing. Accordingly, the motion of Defendants California Department of Justice and Attorney General Kamala Harris to dismiss the First Amended Complaint is HEREBY GRANTED.  The First Amended Complaint is order dismissed with prejudice.

///

1

1    IT IS SO ORDERED.

2

3  Dated: _____            _____
                                                                   The Honorable Susan Ilston
                                                                   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Motion to Dismiss – *Haynie et al. v. California DOJ, et al.*  (10-cv-1255-SI)