IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: 6/10/11 AND 6/17/11 CIVIL LAW AND MOTION CALENDARS

**CLERK'S NOTICE**

/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the following cases have been continued to Friday, July 1, 2011, at 9:00 a.m.

3:10-cv-01255-SI - Haynie et al v. City of Pleasanton et al
3:11-mc-80026-SI - Nokia Corporation v. Apple Inc.
3:11-cv-01491-SI - Pearson v. BAC Home Loans Servicing, LP et al
3:11-cv-00873-SI - Yates v. Perko's Cafe et al

**Counsel shall not adjust the briefing schedule for the continuance of the hearing date.**

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 24, 2011                                                            RICHARD W. WIEKING, Clerk

_____
Tracy Forakis
Deputy Clerk

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28