IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: 6/10/11 CIVIL LAW AND MOTION CALENDARS

**CLERK'S NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the following cases have been continued to Friday, July 1, 2011, at the same time as originally set.

**11:00AM**

3:10-cr-00684-SI - USA v. Christina Szele
Revocation Superv Rls-FinalHrg

**02:30PM**

3:10-cv-04342-SI - Crosthwaite et al v. A Plus Materials & Recycling, Inc. et al
Initial Case Mgmt Conference

3:10-cv-04743-SI - State of Utah v. McKesson Corporation
Initial Case Mgmt Conference

3:11-cv-00903-SI - Provine v. Office Depot, Inc.
Initial Case Mgmt Conference

3:11-cv-01037-SI - Bredahl et al v. State Farm Mutual Insurance Company
Case Management Conference

3:11-cv-00873-SI - Yates v. Perko's Cafe et al
Initial Case Mgmt Conference

**03:00PM**

3:10-cv-01255-SI - Haynie et al v. City of Pleasanton et al
Case Mgmt Conference Further

3:10-cv-05129-SI - J&J Sports Productions, Inc. v. Li et al
Status Conference

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: May 24, 2011

RICHARD W. WIEKING, Clerk

_____
Tracy Forakis
Deputy Clerk