

KAMALA D. HARRIS
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-1376
Facsimile:  (415) 703-1234
E-Mail:  Ross.Moody@doj.ca.gov

May 25, 2011

The Honorable Susan Ilston
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Haynie v. Harris, et, al.* - Case No. 10-cv-1255-SI
      Request to Re-Set Hearing on Defendants' Motion to Dismiss to August 5 or 12

Dear Judge Ilston:

By order dated May 24, 2011, the hearing on Defendants' Motion to Dismiss was continued from June 10 to July 1, 2011.  I am writing to request that the hearing be re-scheduled to August 5 or 12, 2011.

I am unavailable to argue the motion on July 1, as I will be on a pre-paid vacation to Italy at that time.  I return to work on July 13, 2011.

I have consulted counsel for Plaintiffs, Mr. Kilmer, and he has no objection to moving the hearing to either August 5 or 12, 2011.  In addition, I have consulted the Court's website, and it appears that the Court is available on both of the proposed dates.

Thank you in advance for your consideration of this request.

Sincerely,

*/s/ R C. M*

ROSS C. MOODY
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

RCM:

cc: Donald Kilmer

SA2010101060