**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-1376
Facsimile: (415) 703-1234
E-Mail: Ross.Moody@doj.ca.gov

May 25, 2011

The Honorable Susan Ilston
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Haynie v. Harris, et, al.* - Case No. 10-cv-1255-SI
Request to Re-Set Hearing on Defendants' Motion to Dismiss to August 5 or 12

Dear Judge Ilston:

By order dated May 24, 2011, the hearing on Defendants' Motion to Dismiss was continued from June 10 to July 1, 2011. I am writing to request that the hearing be re-scheduled to August 5 or 12, 2011.

I am unavailable to argue the motion on July 1, as I will be on a pre-paid vacation to Italy at that time. I return to work on July 13, 2011.

I have consulted counsel for Plaintiffs, Mr. Kilmer, and he has no objection to moving the hearing to either August 5 or 12, 2011. In addition, I have consulted the Court's website, and it appears that the Court is available on both of the proposed dates.

Thank you in advance for your consideration of this request.

Sincerely,

ROSS C. MOODY
Deputy Attorney General

For     KAMALA D. HARRIS
Attorney General

RCM:

cc: Donald Kilmer

SA2010101060

Motion continued to 8/5/11 at 9:00 a.m.