1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20, <br><br> Defendants. | Case No.: CV 10 1255 SI <br><br> **STIPULATION and JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> **ND CA Rule 7-11** <br> **ND CA Rule 3-12(b)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that a subsequent case is and ought to be related to this action.

The subsequent case is *Richards, et al., v. Harris, et al.,* Case No.: CV-11-2493 LB. The case was filed on May 20, 2011. A true and correct copy of the Complaint is attached as Exhibit A. A Notice of Related Case was also filed in that action and is attached as Exhibit B.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Related Case                Page 1 of 3                Haynie v Harris

1  The Defendants, by and through undersigned counsel stipulate that the cases are related pursuant to Local Rule 3-12.

3  The Plaintiffs, by and through undersigned counsel stipulate that the cases are related pursuant to Local Rule 3-12.

5  The earlier action *Haynie, et al., v. Harris, et al.,* was set for a motion to dismiss that was originally set on June 10, 2011, but which has been reset to August 5, 2011 at 9:00 a.m.

8  The parties stipulated that there is not prejudice to either party or the pending motion if the cases are related.

10  SO STIPULATED.

11  Date: June 1, 2011                                    Date: June 1, 2011

13  _____/s/_____                    _____/s/_____
Ross Moody, Counsel for Defendant        Donald Kilmer, Counsel for Plaintiffs

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on June 1, 2011.

_____/s/_____
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

## FINDINGS AND ORDER

Pursuant to the stipulation of the parties and a review the Complaint in *Richards v. Harris*, Case No.: CV 11-2493 LB, and the First Amended Complaint in this action, this Court finds that the matters are related under Local Rule 3-12.

The Clerk of the Court is directed to reassign *Richards v. Harris*, Case No.: CV 11-2493 LB to the same docket as *Haynie v. Harris*, Case No.: CV 10-1255 SI. All deadlines in the *Richards* case are vacated and an Initial Case Management Conference is set for August 5, 2011 concurrently with the Case Management Conference in the *Haynie* matter.

Plaintiffs are directed to serve a copy of this Stipulation and Order on the remaining Defendants in the *Richards* case.

Date: 6/7/11

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Related Case            Page 3 of 3            Haynie v Harris