1 | Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
2 | 1645 Willow Street, Suite 150
San Jose, California 95125
3 | Voice: (408) 264-8489
Fax:    (408) 264-8487
4 | E-Mail: Don@DKLawOffice.com

5 | Attorneys for Plaintiffs

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO / OAKLAND DIVISION

| MARK AARON HAYNIE, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., | Case No.: CV 10 1255 SI |
|---|---|
| Plaintiffs, | **STIPULATION and JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | **ND CA Rule 7-11**<br>**ND CA Rule 3-12(b)** |
| KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 TO 20, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that a subsequent case is and ought to be related to this action.

The subsequent case is *Richards, et al., v. Harris, et al.,* Case No.: CV-11-2493 LB. The case was filed on May 20, 2011. A true and correct copy of the Complaint is attached as Exhibit A. A Notice of Related Case was also filed in that action and is attached as Exhibit B.

1  The Defendants, by and through undersigned counsel stipulate that the cases
2 are related pursuant to Local Rule 3-12.

3  The Plaintiffs, by and through undersigned counsel stipulate that the cases
4 are related pursuant to Local Rule 3-12.

5  The earlier action *Haynie, et al., v. Harris, et al.,* was set for a motion to
6 dismiss that was originally set on June 10, 2011, but which has been reset to
7 August 5, 2011 at 9:00 a.m.

8  The parties stipulated that there is not prejudice to either party or the
9 pending motion if the cases are related.

10  SO STIPULATED.

11 Date: June 1, 2011                                Date: June 1, 2011

12
       _____/s/_____               _____/s/_____
13 Ross Moody, Counsel for Defendant          Donald Kilmer, Counsel for Plaintiffs

14
## ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND
15
## LOCAL RULE VIII.B.
16
17  I, Donald Kilmer, declare under penalty of perjury under the laws of California
and the United States that I have in my possession e-mail correspondence from
18
Ross Moody that the content of this document is acceptable to all persons required
19
to sign the document. I declare that this document was signed in San Jose, CA on
20
June 1, 2011.
21
       _____/s/_____
22 Donald Kilmer of
Law Offices of Donald Kilmer, APC
23 for Plaintiffs

24
25
26
27
28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

# FINDINGS AND ORDER

Pursuant to the stipulation of the parties and a review the Complaint in *Richards v. Harris*, Case No.: CV 11-2493 LB, and the First Amended Complaint in this action, this Court finds that the matters are related under Local Rule 3-12.

The Clerk of the Court is directed to reassign *Richards v. Harris*, Case No.: CV 11-2493 LB to the same docket as *Haynie v. Harris*, Case No.: CV 10-1255 SI. All deadlines in the *Richards* case are vacated and an Initial Case Management Conference is set for August 5, 2011 concurrently with the Case Management Conference in the *Haynie* matter.

Plaintiffs are directed to serve a copy of this Stipulation and Order on the remaining Defendants in the *Richards* case.

Date: 6/7/11

_____

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Related Case    Page 3 of 3    Haynie v Harris