1 | KAMALA D. HARRIS
Attorney General of California
2 | ZACKERY P. MORAZZINI
Supervising Deputy Attorney General
3 | ROSS C. MOODY
Deputy Attorney General
4 | State Bar No. 142541
  455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
  Telephone:  (415) 703-1376
6 | Fax:  (415) 703-1234
  E-mail:  Ross.Moody@doj.ca.gov
7 | *Attorneys for Defendants Kamala Harris and the
California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 TO 20,**<br><br>Defendants. | CV 11-2493 SI<br><br>**STIPULATION AND ORDER CONSOLIDATING CASES FOR HEARING ON MOTION TO DISMISS (Fed.R.Civ. Proc. 42(a))**<br><br>Date:         August 5, 2011<br>Time:        9:00 a.m.<br>Courtroom: 10<br>Judge:       The Honorable Susan Ilston<br>Trial Date:  None<br>Action Filed:  May 20, 2011 |

Counsel for Plaintiffs and counsel for the California Attorney General and the California Department of Justice (the "State Defendants") hereby stipulate and jointly request an order pursuant to Federal Rule of Civil Procedure 42 consolidating this case, *Richards v. Harris*, Case No. CV 11-2493 SI ("*Richards*") with the related case of *Haynie v. Harris*, Case No. CV 10-1255 SI. ("*Haynie*") for purposes of considering the State Defendants' Motion to Dismiss. A hearing

on the State Defendants' Motion to Dismiss in *Haynie* is currently set for August 5, 2011. Both Plaintiffs and the State Defendants believe that because the legal issues in *Haynie* and the instant case are identical, it will preserve judicial and party resources to have the two cases consolidated for purposes of adjudicating the Motion to Dismiss.

Federal Rule of Civil Procedure 42 permits a Court to "join for hearing or trial any or all matters" in two actions if the "actions before the court involve a common questions of law or fact." Both *Haynie* and *Richards* present the same legal issues regarding California's Assault Weapons Control Act and the Department of Justice's role in enforcing it. The parties agree and stipulate that the legal defenses raised by the State Defendants in their Motion to Dismiss in the *Haynie* matter are identical to those they would raise in a Motion to Dismiss in *Richards*, namely, standing and subject matter jurisdiction. The parties further stipulate and agree that the opposition and reply in *Richards* would be substantially identical to those filed in *Haynie*. Accordingly, the parties seek an order consolidating *Haynie* and *Richards* for purposes of adjudicating the issues presented in the State Defendants' Motion to Dismiss currently set for August 5, 2011, and to deem the motion pleadings in the *Haynie* action to apply as though also filed in *Richards*. The parties stipulate that the facts alleged in the *Haynie* First Amended Complaint, and the facts alleged in the *Richards* Complaint can be used to support arguments in either or both cases.

Granting the relief sought will reduce the expenditure of judicial resources, and will not prejudice any party.

SO STIPULATED.

Date: June 20, 2011

/s/ Ross Moody
_____
Ross Moody, Counsel for Defendants

Date: June 20, 2011

/s/ Donald Kilmer
_____
Donald Kilmer, Counsel for Plaintiffs

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and a review the Complaint in *Richards v. Harris*, Case No. CV 11-2493 SI, and the First Amended Complaint in *Haynie v. Harris*, Case No. CV 10-1255 SI, as well as the briefing on the Motion to Dismiss which is complete in *Haynie*, this Court finds that these actions contain common issues of law and fact, and should be consolidated for hearing pursuant to Federal Rule of Civil Procedure 42(a).

The Court also accepts the stipulation of the parties that the Motion to Dismiss briefing filed in the *Haynie* action should be deemed applicable to the *Richards* action with respect to Defendants Kamala Harris and the California Department Of Justice; and that the consolidated motion to dismiss in *Richards* and *Haynie* will be heard on August 5, 2011 at 9:00 a.m., the date currently set for the hearing on the Motion to Dismiss in *Haynie*.

Plaintiffs are directed to serve a copy of this Stipulation and Order on the remaining Defendants in the *Richards* case.

Dated: 6/21/11

_____
The Honorable Susan Illston
United States District Judge