**25 minutes**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/5/11

Case No.   C-10-1255 & C-11-2493  SI          Judge:   SUSAN ILLSTON

Title: HAYNIE  -v- PLEASANTON

Attorneys: Don Kilmer,         Robert Henkels

Deputy Clerk:  Tracy Forakis   Court Reporter: Sahar Bartlett

**PROCEEDINGS**

1)  Motion to Dismiss - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( x) SUBMITTED
                                              PART

Case continued to

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:


ORDERED AFTER HEARING

The initial case management conferences have been continued to 9/30/11 @ 3 p.m. pending ruling on the motion.