IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, | No. C 10-01255SI |
| Plaintiff, | **and C-11-2493**<br>**CLERK'S NOTICE** |
| v. | |
| CITY OF PLEASANTON, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference statements have been continued to Friday, November 4, 2011, at 3:00 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: September 29, 2011

RICHARD W. WIEKING, Clerk



Tracy Forakis
Deputy Clerk