KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
ROSS C. MOODY
Deputy Attorney General
State Bar No. 142541
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1376
 Fax:  (415) 703-1234
 E-mail:  Ross.Moody@doj.ca.gov
*Attorneys for Defendants Kamala Harris and
California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 TO 20,**<br><br>Defendants. | CV 11-2493 SI and CV-10-1255 SI<br><br>**STIPULATION AND ORDER FOR ADDITIONAL TIME TO PLEAD TO CONSOLIDATED AMENDED COMPLAINT**<br><br>Courtroom:<br>Judge      The Honorable Susan Illston<br>Trial Date:   N/A<br>Action Filed: |

On October 22, 2011 the Court issued an order granting the rule 12(b)(6) motion filed by defendants Kamala Harris and the California Department of Justice in the consolidated cases of *Haynie, et al. v. Harris, et al.* (CV-10-1255 SI) and *Richards, et al. v. Harris, et al.* (CV-11-2493). The order directed Plaintiffs to file a Consolidated Amended Complaint no later than November 4, 2011, and, as directed, Plaintiffs filed and served such an amended complaint on

1

November 4, 2011. In addition, Plaintiffs recently filed a new federal action related both to the second arrest of Brendan Richards and the underlying dispute about California's Assault Weapons Control Act, and service of that action on Defendants Kamala Harris and the California Department of Justice is expected to occur next week.

Pursuant to Federal Rule of Federal Procedure, Rule 15(a)(3), an answer or other responsive pleading shall be filed within 14 days after service of an amended pleading. The parties wish to stipulate to extend the date by which all defendants must answer or otherwise plead to the Consolidated Amended Complaint by 35 days. Therefore, pursuant to this stipulation, Defendants Kamala Harris, the California Department of Justice, the City of Rohnert Park and Officer Dean Becker shall have until December 26, 2011 to answer or plead to the Consolidate Amended Complaint filed in CV 11-2493 SI and CV-10-1255 SI.

IT IS SO STIPULATED.

Dated: November 18, 2011

/s/ Ross C. Moody
ROSS C. MOODY
Deputy Attorney General
*Attorneys for Defendants Kamala Harris and California Department of Justice*

Dated: November 18, 2011

/s/ Robert W. Henkels
ROBERT W. HENKELS
Geary, Shea, O'Donnell, Grattan & Mitchell, P.C.
*Attorneys For Defendants City Of Rohnert Park And Officer Dean Becker*

Dated: November 18, 2011

/s/ Don E.J. Kilmer, Jr.
DON E.J. KILMER, JR.
Law Offices of Don Kilmer, A.P.C.
*Attorneys for Plaintiffs Richard Haynie, Brendan John Richards, The Calguns Foundation, Inc., and The Second Amendment Foundation, Inc.*

Good Cause appearing, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

SA2011101441
20559296.doc

2