Donald E.J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER, A.P.C.
1645 Willow Street, Suite 150
San Jose, California 95125-5120
Voice: (408) 264-8489
Fax: (408) 264-8487
Email: Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 TO 20,<br><br>Defendants. | Case No.:   3:10-CV-01255 SI[1]<br>             3:11-CV-02493 SI<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**ND CA Rule 7-11**<br>**ND CA Rule 3-12(b)**<br><br>Proposed Related Case:<br><br>*Richards, et al v. Harris, et al.*<br>Case No.: 3:11-CV-05580 LB<br>Filed November 17, 2011 |

---

[1] *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an ordered filed on October 22, 2011. (See Documents # 42 and #15 respectively.)

1    IT IS HEREBY STIPULATED by and between the parties hereto through
2 their respective attorneys of record that a subsequent case is and ought to be related
3 to this action.
4    The subsequent case is *Richards, et al., v. Harris, et al.,* Case No.: CV-11-5580
5 LB. The case was filed on November 17, 2011. A true and correct copy of the
6 Complaint without exhibits is attached. A Notice of Related Case was also filed in
7 the subsequent case.
8    The case sought to be related sets forth similar issues of law and fact set forth
9 in the consolidated Second Amended Complaint in the current action. The only
10 substantial difference would be the addition of Defendants: SONOMA COUNTY
11 SHERIFFS' OFFICE and SHERIFFS' DEPUTY GREG MYERS.
12    The Defendants, by and through undersigned counsel stipulate that the cases
13 are related pursuant to Local Rule 3-12.
14    The Plaintiffs, by and through undersigned counsel stipulate that the cases
15 are related pursuant to Local Rule 3-12.
16    A Case Management Conference is currently scheduled in the current matter
17 for January 13, 2012 at 3:00 p.m. in Courtroom 10, 19th Floor, San Francisco. The
18 parties herein respectfully suggest that the Court reset this conference to date in
19 February, 2012.
20    SO STIPULATED.

21 Date: December 16, 2011                          Date: December 16, 2011

22    /s/                                          /s/
   Ross Moody,                                    Donald Kilmer
23 Counsel for Defendants                          Counsel for Plaintiffs
   Harris & California Dept. of Justice
24

25 Date: December 16, 2011

26    /s/
   Robert W. Henkels
27 County for Defendants
   City of Rohnert Park & Becker
28

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on December 16, 2011

/s/
Donald Kilmer
Attorney for Plaintiffs

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and a review of the Complaint in *Richards v. Harris*, Case No.: CV 11-05580 LB, and the Amended Consolidated Complaint in this action, this Court finds that the matters are related under Local Rule 3-12.

The Clerk of the Court is directed to reassign *Richards v. Harris*, Case No.: CV 11-05580 LB to the same docket as *Haynie v. Harris*, Case No.: CV 10-1255 SI and *Richards v. Harris*, Case No.: CV-11-02493. All deadlines in the second *Richards* case are vacated and an Initial Case Management Conference is to be combined with the currently scheduled Case Management Conference in this matter set for January 13, 2012 at 3:00 p.m. in Courtroom 10, 19th Floor, San Francisco.

Plaintiffs are directed to serve a copy of this Stipulation and Order on the remaining Defendants in *Richards v. Harris*, Case Number: 3:11-CV-05580 LB (the second *Richards* case).

Date: 12/19/11

_____
United States District Judge