1 | BRUCE D. GOLDSTEIN, SBN #135970
County Counsel
2 | ANNE L. KECK, SBN #136315
Deputy County Counsel
3 | Office of the Sonoma County Counsel
575 Administration Drive, Room 105-A
4 | Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
5 | Fax: (707) 565-2624
E-mail: Anne.Keck@sonoma-county.org
6

7 | Special Appearance as Attorneys for
the County of Sonoma (Defendant
8 | Sonoma County Sheriff's Office)
and Sheriff's Deputy Greg Myers
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., | CASE NOS. 3:10-CV-01255 SI<br>3:11-CV-02493 SI<br>(Consolidated Cases) |
| Plaintiffs,<br>vs. | |
| KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER, and DOES 1 to 20, | **STIPULATION TO RESCHEDULE CASE MANGEMENT CONFERENCE, ETC.; [PROPOSED] ORDER** |
| Defendants. | |
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC. | CASE NO. 3:11-CV-05580 SI<br>(Related Case) |
| Plaintiffs,<br>vs. | **STIPULATION TO RESCHEDULE CASE MANGEMENT CONFERENCE, ETC.;[PROPOSED] ORDER** |
| KAMALA HARRIS, ATTORNEY General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, SONOMA COUNTY SHERIFFS' OFFICE, SHERIFF'S DEPUTY GREG MYERS, and DOES 1 to 20, | |
| Defendants. | |

Stipulation and [Proposed] Order                    1

| | |
|---|---|
| MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND, and DOES 1 to 20,<br><br>Defendants.<br>_____/ | CASE NO. 3:12-CV-0452 LB<br>(Related Case)<br><br>**STIPULATION TO RESCHEDULE CASE MANGEMENT CONFERENCE, ETC.; [PROPOSED] ORDER** |

This joint stipulation and request for entry of an order is entered into by all parties in the above-captioned related actions, through their respective counsel of record. The purpose of this stipulation and request for entry of order is twofold: (1) to request the Court to reschedule the jointly-set Case Management Conference from its current date of March 30, 2012, to May 25, 2012; and (2) to extend the time for Defendants the Sonoma County Sheriff's Department and Sheriff's Deputy Greg Myers to file a response to the Complaint (in Case No. 3:11-CV-05580 SI) through May 1, 2012. The parties to this stipulation include the following: Plaintiffs Mark Aaron Haynie, Brendan John Richards, the Calguns Foundation, Inc., The Second Amendment Foundation, Inc., and Max Joseph Plog-Horowitz (collectively, "Plaintiffs"); Defendant Kamala Harris, Attorney General, and the California Department of Justice (the "State Defendants"); the City of Rohnert Park and Office Dean Becker (collectively, the "Rohnert Park Defendants"); the Sonoma County Sheriff's Office and Sheriff's Deputy Greg Myers (collectively, the "Sonoma Defendants"); and the Cotati Police Department, City of Cotati, and Andrew Lyssand (collectively, the "Cotati Defendants").

## RECITALS

A.  Each of the above-captioned cases has been deemed related to the others, and the Court has previously ordered that the Case Management Conference on all cases be held on March 30, 2012. (See e.g., Case No. 3:11-CV-05580-SI, Dkt. No. 17, filed March 1, 2012.)

B.   Aside from the Case Management Conference and related dates, the only other matter currently on calendar in any of the cases is the Rohnert Park Defendants' Motion to Dismiss (in Case No. 3:11-CV-02493-SI), set to be heard on April 20, 2012, at 9:00 a.m.

C.   Sonoma Defendants have not yet responded to the complaint in Case No. 3:11-CV-05580-SI, and have informed Plaintiffs that they intend to file a Motion to Dismiss the Complaint. Before investing resources in preparing the Motion to Dismiss, counsel for the parties have initiated settlement discussions, which they believe at this time may be fruitful. To provide time in which to pursue settlement discussions, and to conserve the resources of the parties and the Court, Plaintiffs have agreed to extend the time for Sonoma Defendants to respond to the Complaint through and including May 1, 2012.

D.   None of the Defendants have filed an answer in any of these related cases as of the date of this stipulation. Because the pleadings have not yet settled in any of these cases, the parties request that the Court reschedule the Case Management Conference in all of the cases, currently set for March 30, 2012, to May 25, 2012, (or such other date as is convenient for the Court). The rescheduling of the Case Management Conference will enable the parties to better ascertain the parameters of these actions, anticipated pre-trial proceedings, and the proper scope of discovery, to be able to address scheduling issues with the Court.

WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order as follows:

## STIPULATION

1.   The Case Management Conference, currently scheduled to occur on March 30, 2012, is requested to be rescheduled in all of these related cases to May 25, 2012, at 2:30 p.m., or such other date and time as is convenient for the Court. The parties shall file joint case management conference statements in each of the cases at least one week prior to the conference.

2.   Sonoma Defendants' time in which to file a response to the Complaint in Case Number 3:11-CV-05580-SI is requested to be extended through and including May 1, 2012.

///
///
///

Stipulation and [Proposed] Order                    3


3.    This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Dated: March __, 2012

/s/ Donald E.J. Kilmer, Jr.
Donald E.J. Kilmer, Jr.
Counsel for Plaintiffs
(Haynie, Richards, Plog-Horowitz, the Calguns Foundation, Inc., and the Second Amendment Foundation, Inc.)

Dated March __, 2012

/s/ Anne L. Keck
Anne L. Keck, Deputy County Counsel
Specially Appearing as counsel for
the Sonoma Defendants (the Sonoma County Sheriff's Office & Sheriff's Deputy Myers)

Dated: March __, 2012

/s/ Steven C. Mitchell
Steven C. Mitchell
Robert W. Henkels
Geary, Shea, O'Donnell, Grattan & Mitchell
Counsel for the Rohnert Park Defendants
(City of Rohnert Park & Officer Becker) and
Counsel for the Cotati Defendants
(Cotati Police Dept., City of Cotati & Lyssand)

Dated: March _, 2012

/s/ Ross Moody
Ross Moody
Counsel for State Defendants
(Attorney General Kamala Harris & California Dept. of Justice)

Stipulation and [Proposed] Order        4

**ORDER**

Pursuant to the foregoing stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference, currently scheduled to occur on March 30, 2012, is hereby rescheduled for all of these related cases to May 25, 2012, at 2:30 p.m., to be held in Courtroom 10, 19th Floor of the Federal Building, San Francisco Division of this Court. The parties shall file joint case management conference statements in each of the cases at least one week prior to the conference.

2. Sonoma Defendants' time in which to file a response to the Complaint in Case Number 3:11-CV-05580-SI, is hereby extended through and including May 1, 2012.

Dated: 3/20/12

HONORABLE SUSAN ILLSTON
United States District Judge

## ELECTRONIC CASE FILING ATTESTATION

I, Anne L. Keck, am the ECF User whose identification and password are being used to file this **STIPULATION TO RESCHEDULE CASE MANGEMENT CONFERENCE, ETC.; [PROPOSED] ORDER** on behalf of all parties pursuant to Civil Local Rules 7-11. In compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from it signatories.

Dated: March 19, 2012                    Sonoma County Counsel

                                         By: /s/ Anne L. Keck
                                             Anne L. Keck
                                             Deputy County Counsel