| | |
|---|---|
| 1 | Donald E.J. Kilmer, Jr. (SBN: 179986) |
| | E-Mail: Don@DKLawOffice.com |
| 2 | Jason A. Davis (SBN: 224250) |
| | E-Mail: Jason@CalGunLawyers.com |
| 3 | 1645 Willow Street, Suite 150 |
| | San Jose, California 95125-5120 |
| 4 | Voice: (408) 264-8489 |
| | Fax: (408) 264-8487 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br>    Plaintiffs, <br> vs. <br> KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134), and DOES 1 TO 20, <br>    Defendants. | Case Nos.:  3:10-CV-01255 SI <br> 3:11-CV-02493 SI <br> (Consolidated Cases) <br><br> **STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER** <br> **Re: Case Management** |
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br>    Plaintiffs, <br> vs. <br> KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, SONOMA COUNTY SHERIFFS' OFFICE, SHERIFFS' DEPUTY GREG MYERS (SD1023) and DOES 1 TO 20, <br>    Defendants. | Case No.:  3:11-CV-05580 SI <br> (Related Case) <br><br> **STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER** <br> **Re: Case Management** |

| | |
|---|---|
| MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br>    Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND (CO0339) and DOES 1 TO 20,<br>    Defendants. | Case No.:   3:12-CV-0452 LB<br><br>(Related Case)<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**<br>**Re: Case Management** |

IT IS HEREBY STIPULATED[1] by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for May 25, 2012 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Defendants in *Richards v. Harris I (Rohnert Park)*, Case No.: 3:11-CV-02493 SI have a motion to dismiss under submission that has been fully briefed and was argued on May 4, 2012.

Furthermore, it would appears that a settlement has been reached between the plaintiffs and the Sonoma County Defendants in *Richards v. Harris II (Sonoma County)*, Case No.: 3:11-CV-05580 SI.  The parties are in the process of executing the necessary documents for settlement, release and dismissal of those Defendants in that case.

---

[1] *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an ordered filed on October 22, 2011.  (See Documents # 42 and #15 respectively.  The second *Richards v. Harris*, Case No.: 3:11-CV-05580 was ordered to be related with the first two cases in an order filed on December 21, 2011.  (See documents #47 and # 20 respectively.)  The *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI was ordered to be related on April 11, 2012. (See documents #32 and #20)

The remaining parties propose that the Court reset the Case Management Conference to some date after the Court anticipates releasing its order from the May 4, 2012 hearing.

**SO STIPULATED**.

Date: May 16, 2012

_____/s/_____
Ross Moody,
Counsel for Defendants
Harris & California Dept. of Justice

Date: May 16, 2012

_____/s/_____
Donald Kilmer
Counsel for Plaintiffs

Date: May 16, 2012

_____/s/_____
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker
Counsel for Defendants
Cotati Police Department,
City of Cotati, & Lyssand

Date: May 16, 2012

_____/s/_____
Anne Keck
Counsel for Defendants
Sonoma County & Myer

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody, Robert Henkels and Anne Keck that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on May 16, 2012.

_____/s/_____
Donald Kilmer
Attorney for Plaintiffs

## **ORDER**

The Case Management Conference in these consolidated and related matters currently set for May 25, 2012 is reset to: (Date) __6/29/12_____, at (Time): __3:00_____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date: 5.19.12

_____/s/ Susan Illston_____
United States District Judge