1  Donald E.J. Kilmer, Jr. (SBN: 179986)
   E-Mail: Don@DKLawOffice.com
2  Jason A. Davis (SBN: 224250)
   E-Mail: Jason@CalGunLawyers.com
3  1645 Willow Street, Suite 150
   San Jose, California 95125-5120
4  Voice: (408) 264-8489
   Fax: (408) 264-8487
5
6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br>    Plaintiffs,<br>vs.<br>KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134), and DOES 1 TO 20,<br>    Defendants. | Case Nos.:  3:10-CV-01255 SI<br>            3:11-CV-02493 SI<br>            (Consolidated Cases)<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**<br>**Re: Case Management** |
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br>    Plaintiffs,<br>vs.<br>KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, SONOMA COUNTY SHERIFFS' OFFICE, SHERIFFS' DEPUTY GREG MYERS (SD1023) and DOES 1 TO 20,<br>    Defendants. | Case No.:   3:11-CV-05580 SI<br>            (Related Case)<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**<br>**Re: Case Management** |

|   |   |
|---|---|
| MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br>     Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND (CO0339) and DOES 1 TO 20, <br>     Defendants. | Case No.:   3:12-CV-0452 LB <br><br> (Related Case) <br><br><br> **STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER** <br> Re: Case Management |

IT IS HEREBY STIPULATED[1] by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for May 25, 2012 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Defendants in *Richards v. Harris I (Rohnert Park)*, Case No.: 3:11-CV-02493 SI have a motion to dismiss under submission that has been fully briefed and was argued on May 4, 2012.

Furthermore, it would appears that a settlement has been reached between the plaintiffs and the Sonoma County Defendants in *Richards v. Harris II (Sonoma County)*, Case No.: 3:11-CV-05580 SI.  The parties are in the process of executing the necessary documents for settlement, release and dismissal of those Defendants in that case.

---

[1] *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an ordered filed on October 22, 2011. (See Documents # 42 and #15 respectively.  The second *Richards v. Harris*, Case No.: 3:11-CV-05580 was ordered to be related with the first two cases in an order filed on December 21, 2011. (See documents #47 and # 20 respectively.)  The *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI was ordered to be related on April 11, 2012. (See documents #32 and #20)

1   The remaining parties propose that the Court reset the Case Management
2   Conference to some date after the Court anticipates releasing its order from the
3   May 4, 2012 hearing.

4   **SO STIPULATED**.

5   Date: May 16, 2012                                          Date: May 16, 2012

6        /s/                                                         /s/
    Ross Moody,                                                 Donald Kilmer
7   Counsel for Defendants                                      Counsel for Plaintiffs
    Harris & California Dept. of Justice
8

9   Date: May 16, 2012                                          Date: May 16, 2012

10       /s/                                                         /s/
    Robert W. Henkels                                           Anne Keck
11  Counsel for Defendants                                      Counsel for Defendants
    City of Rohnert Park & Becker                               Sonoma County & Myer
12  Counsel for Defendants
    Cotati Police Department,
13  City of Cotati, & Lyssand

14
    **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND
15                       LOCAL RULE VIII.B.**
    I, Donald Kilmer, declare under penalty of perjury under the laws of California
16  and the United States that I have in my possession e-mail correspondence from
    Ross Moody, Robert Henkels and Anne Keck that the content of this document is
17  acceptable to all persons required to sign the document. I declare that this
    document was signed in San Jose, CA on May 16, 2012.
18
         /s/
19  Donald Kilmer
    Attorney for Plaintiffs
20
                                    **ORDER**
21
22  The Case Management Conference in these consolidated and related matters
    currently set for May 25, 2012 is reset to: (Date) __6/29/12_____, at
23
    (Time): __3:00____, in Courtroom 10, 19th Floor of the U.S. District Court for the
24
    Northern District of California – San Francisco. A Joint Case Management
25
    Conference Statement shall be filed seven (7) calendar days before the new date.
26
    Date:   5.19.12
27                                                  /s/ Susan Illston
28                                                  United States District Judge

LAW OFFICE OF DONALD KILMER, APC
1645 Willow St., Suite 150, San Jose, CA 95125
Vc: (408) 264-8489  Fx: (408) 264-8487
Don@DKLawOffice.com