KAMALA D. HARRIS
Attorney General of California
PETER A. KRAUSE
Supervising Deputy Attorney General
ROSS C. MOODY
Deputy Attorney General
State Bar No. 142541
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1376
  Fax:  (415) 703-1234
  E-mail:  Ross.Moody@doj.ca.gov
*Attorneys for Defendants California Department of Justice and Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134), and DOES 1 TO 20,**<br><br>Defendants. | 10-cv-1255-SI<br>11-cv-2493 SI<br>(Consolidated Cases)<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and ~~PROPOS~~ED ORDER**<br>**Re: Case Management** |
| **BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC. ,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, SONOMA COUNTY SHERIFF'S OFFICE, SHERIFF'S DEPUTY GREG MYERS (SD1023) and DOES 1 TO 20**<br><br>Defendants. | 11-cv-5580 SI<br>(Related Case)<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and ~~PROPOS~~ED ORDER**<br>**Re: Case Management** |

| | |
|---|---|
| **MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,**<br><br>                                         Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND (CO0339) and DOES 1 TO 20,**<br><br>                                         Defendants**.** | 12-cv-00452 (LB)<br>(Related Case)<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**<br>Re: Case Management |

IT IS HEREBY STIPULATED[1] by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for June 29, 2012 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Defendants in *Richards v. Harris I (Rohnert Park)*, Case No.: 3:11-CV-02493 SI have a motion to dismiss under submission that has been fully briefed and was argued on May 4, 2012. The parties believe that it would be a more productive use of the Court's time and resources to have the Case Management Conference after a ruling on the motion to dismiss has been issued

Accordingly, the parties propose that the Court reset the Case Management Conference to some date after the Court anticipates releasing its order from the May 4, 2012 hearing.

///

///

///

///

---

[1] *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an order filed on October 22, 2011. (See Documents # 42 and #15 respectively.) The second *Richards v. Harris*, Case No.: 3:11-CV-05580 was ordered to be related with the first two cases in an order filed on December 21, 2011. (See documents #47 and # 20 respectively.) The *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI was ordered to be related on April 11, 2012. (See documents #32 and #20.)

**SO STIPULATED.**

Dated: June 20, 2012                                             Dated: June 20, 2012

/s/ Ross Moody                                                      /s/ Donald Kilmer
_____                      _____
Ross Moody                                                              Donald Kilmer
Counsel for Defendants                                           Counsel for Plaintiffs
Harris & California Dept. of Justice

Dated: June 20, 2012

/s/ Robert W. Henkels
_____
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker
Counsel for Defendants
Cotati Police Department,
City of Cotati, & Lyssand

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Ross C. Moody, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Donald Kilmer and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Francisco, CA on June 20, 2012.

/s/ Ross Moody
_____
Ross Moody
Deputy Attorney General
Attorney for Defendants
California Department of Justice and
Attorney General Kamala D. Harris

**ORDER**

The Case Management Conference in these consolidated and related matters currently set for June 29, 2012 is reset to: (Date) __July 27, 2012_____, at (Time): __3 p.m._____. in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California –

1 | San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar
2 | days before the new date.
3 | Date: 6/21/12

_____
United States District Judge

SA2010101060
20620461.doc