1 | Donald E.J. Kilmer, Jr. (SBN: 179986)
E-Mail: Don@DKLawOffice.com
2 | Jason A. Davis (SBN: 224250)
E-Mail: Jason@CalGunLawyers.com
3 | 1645 Willow Street, Suite 150
San Jose, California 95125-5120
4 | Voice: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br>    Plaintiffs,<br>vs.<br>KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134), and DOES 1 TO 20,<br>    Defendants. | Case Nos.: 3:10-CV-01255 SI<br>3:11-CV-02493 SI<br>(Consolidated Cases)<br><br>**STIPULATION AND ORDER Re: Deadline to File Amended Complaint** |
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br>    Plaintiffs,<br>vs.<br>KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, SONOMA COUNTY SHERIFFS' OFFICE, SHERIFFS' DEPUTY GREG MYERS (SD1023) and DOES 1 TO 20,<br>    Defendants. | Case No.: 3:11-CV-05580 SI<br>(Related Case)<br><br>**STIPULATION AND ORDER RE: Deadline to File Amended Complaint** |

| | |
|---|---|
| MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br>     Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND (CO0339) and DOES 1 TO 20, <br>     Defendants. | Case No.: 3:12-CV-0452 LB <br><br> (Related Case) <br><br> **Re: Deadline to File Amended Complaint** |

IT IS HEREBY STIPULATED[1] by and between the parties through their respective attorneys of record that the Court should make case management orders in these cases based on the following:

1. The Sonoma County Defendants were dismissed pursuant to an agreement of the Sonoma County Defendants and the Plaintiffs in *Richards v. Harris II (Sonoma County)* 3:11-CV-05580 SI.

   A. Plaintiffs wish to Amend their Complaint in that action to reflect that dismissal.

   B. The Defendants in that case (California Department of Justice and Kamal Harris) have consented to the filing of an Amended Complaint in that action on or before September 4, 2012.

---

[1] *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an ordered filed on October 22, 2011. (See Documents # 42 and #15 respectively. The second *Richards v. Harris*, Case No.: 3:11-CV-05580 was ordered to be related with the first two cases in an order filed on December 21, 2011. (See documents #47 and # 20 respectively.) The *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI was ordered to be related on April 11, 2012. (See documents #32 and #20)

2. This Court granted in part and denied in part Defendant ROHNERT PARKS's Motion to Dismiss in *Richards v. Harris I (Rohnert Park)* 3:11-CV-02493 SI in an order filed on July 30, 2012 (Doc #39) that gave Plaintiffs until August 13, 2012 to file an Amended complaint. The Defendants in that action have consented to an extension of time to file that amended complaint to and including September 4, 2012.

3. The Defendants in the *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI have consented to the filing of an amended complaint, on or before September 4, 2012, in that action in order to have the pleadings in that case conform with the Court's rulings on July 30, 2012 in *Richards v. Harris I (Rohnert Park)* 3:11-CV-02493 SI.

4. There is a Case Management Conference in this case currently set for August 24, 2012 at 2:30 p.m. The parties intend for this conference to remain as set.

5. The parties contend that judicial economy and savings to the parties would result in an order that sets a deadline of September 4, 2012 for the filing of all the necessary Amended Complaints in these cases.

**SO STIPULATED**.

Date: August 9, 2012

/s/
Ross Moody,
Counsel for Defendants
Harris & California Dept. of Justice

Date: August 9, 2012

/s/
Donald Kilmer
Counsel for Plaintiffs

Date: August 9, 2012

/s/
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker
Counsel for Defendants
Cotati Police Department,
City of Cotati, & Lyssand

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody, and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on August 9, 2012.

/s/
_____
Donald Kilmer
Attorney for Plaintiffs

## ORDER

Plaintiffs shall have until September 4, 2012 to file an amended complaint in *Richards v. Harris II (Sonoma County)* 3:11-CV-05580 SI; *Haynie v. Harris* 3:10-CV-01255 SI; *Richards v. Harris I (Rohnert Park)* 3:11-CV-02493 SI; and *Ploghorowitz v. Harris*, 3:12-CV-0452 SI .

Date:

_____
United States District Judge