**7 minutes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/24/12

Case No.   C-10-1255, 11-2493, 11-5580, 12-0452 SI          Judge:   SUSAN ILLSTON

Title: HAYNIE, ET AL.,  -v- HARRIS, ET AL.,

Attorneys: Don Kilmer              Robert Henkels, Ross Moody

Deputy Clerk:  Tracy Kasamoto  Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference(s) - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                         PART

Case continued to **11/2/12     @ 3:00 p.m..** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
 By September 4, 2012, the parties will be filing a stipulation consolidating these cases for trial.