1   Donald E.J. Kilmer, Jr. (SBN: 179986)
E-Mail: Don@DKLawOffice.com
2   Jason A. Davis (SBN: 224250)
E-Mail: Jason@CalGunLawyers.com
3   1645 Willow Street, Suite 150
San Jose, California 95125-5120
4   Voice: (408) 264-8489
Fax: (408) 264-8487
5

6   Attorneys for Plaintiffs

7

8            UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  MARK AARON HAYNIE, BRENDAN
JOHN RICHARDS, THE CALGUNS     Case Nos.:   3:10-CV-01255 SI
11  FOUNDATION, INC., and THE                     3:11-CV-02493 SI
SECOND AMENDMENT                           (Consolidated Cases)
12  FOUNDATION, INC.,
           Plaintiffs,
13              vs.            **STIPULATION and JOINT**
                          **ADMINISTRATIVE MOTION to**
14  KAMALA HARRIS, Attorney General  **CONSOLIDATE CIVIL ACTIONS**
of California (in her official capacity)
15  and CALIFORNIA DEPARTMENT   **Fed.R.Civ.P.  42**
OF JUSTICE, CITY OF ROHNERT
16  PARK, OFFICER DEAN BECKER    **ND CA Rule 7-11**
(RP134), and DOES 1 TO 20,
17      Defendants.

18

19  BRENDAN JOHN RICHARDS, THE
CALGUNS FOUNDATION, INC.,
20  and THE SECOND AMENDMENT    Case No.:   3:11-CV-05580 SI
FOUNDATION, INC.,                           (Related Case)
21          Plaintiffs,
22              vs.            **STIPULATION and JOINT**
23  KAMALA HARRIS, Attorney General  **ADMINISTRATIVE MOTION to**
of California (in her official capacity)  **CONSOLIDATE CIVIL ACTIONS**
24  and CALIFORNIA DEPARTMENT
OF JUSTICE, SONOMA COUNTY     **Fed.R.Civ.P.  42**
25  SHERIFFS' OFFICE, SHERIFFS'
DEPUTY GREG MYERS (SD1023)
26  and DOES 1 TO 20,               **ND CA Rule 7-11**
27      Defendants.

28

---

| | |
|---|---|
| 1 | |
| 2 | MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., Plaintiffs, |
| 3 | |
| 4 | |
| 5 | |

MAX JOSEPH PLOG-HOROWITZ,
THE CALGUNS FOUNDATION,
INC., and THE SECOND
AMENDMENT FOUNDATION, INC.,
           Plaintiffs,

                    vs.

KAMALA HARRIS, Attorney General
of California, CALIFORNIA
DEPARTMENT OF JUSTICE,
COTATI POLICE DEPARTMENT,
CITY OF COTATI, ANDREW
LYSSAND (CO0339) and DOES 1 TO
20,
           Defendants.

Case No.:   3:12-CV-0452 LB
( Related Case)

**STIPULATION and JOINT
ADMINISTRATIVE MOTION to
CONSOLIDATE CIVIL ACTIONS**

**Fed.R.Civ.P.  42**

**ND CA Rule 7-11**

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the following four (4) related civil actions be consolidated pursuant to Fed.R.Civ.P. 42.:

    1.    *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an ordered filed on October 22, 2011.  (See Documents # 42 and #15 respectively.)

    2.    The second *Richards v. Harris*, Case No.: 3:11-CV-05580 SI was ordered to be related with the first two cases in an order filed on December 21, 2011.  (See documents #47 and # 20 respectively.)

    3.    The final (4th) case, *Plog-Horowitz, et al., v. Harris, et al,* Case No.: CV-12-0452 SI was ordered to be related to the first three (3) cases in an order filed on March 1, 2012 (See Documents # 53, #17 and #5 respectively.)

        This consolidation is subject to the following terms:

I.    The cases are consolidated for purposes of pre-trial motions, including but not limited to motions by any party under Fed.R.Civ.P. 12 and/or 56.

II.    All Defendants reserve the right to sever the cases for if/when they proceed to trial.

III.   The cases shall be consolidated under the earliest case number: *Richards v. Harris*, Case No.: 3:11-CV-02493 SI.

IV.    The remaining case numbers shall be dismissed.

**SO STIPULATED**.

Date: September 4, 2012                                    Date: September 4, 2012

_____/s/_____                                         _____/s/_____
Ross Moody,                                               Donald Kilmer
Counsel for Defendants                                    Counsel for Plaintiffs
Harris & California Dept. of Justice


Date:   September 4, 2012

_____/s/_____
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker
City of Cotati & Lyssand

### ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on September 4, 2012.

_____/s/_____
Donald Kilmer
Attorney for Plaintiffs


### FINDINGS AND ORDER

Pursuant to the stipulation of the parties and Fed.R.Civ.P. 42, all four cases are consolidated under *Haynie v. Harris*, Case No.: CV 10-1255 SI. Remaining case numbers are dismissed. All Defendants have the right to seek separate trials if the cases proceed to that stage.

Date:

_____
United States District Judge

LAW OFFICE OF DONALD KILMER, APC
1645 Willow St., Suite 150, San Jose, CA 95125
Vc: (408) 264-8489  Fx: (408) 264-8487
Don@DKLawOffice.com