1   Donald E.J. Kilmer, Jr. (SBN: 179986)
    E-Mail: Don@DKLawOffice.com
2   Jason A. Davis (SBN: 224250)
    E-Mail: Jason@CalGunLawyers.com
3   1645 Willow Street, Suite 150
    San Jose, California 95125-5120
4   Voice: (408) 264-8489
    Fax: (408) 264-8487
5
    Attorneys for Plaintiffs
6

7
                    UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  MARK AARON HAYNIE, BRENDAN          Case Nos.:   3:10-CV-01255 SI
    JOHN RICHARDS, THE CALGUNS                        3:11-CV-02493 SI
11  FOUNDATION, INC., and THE                         (Consolidated Cases)
    SECOND AMENDMENT
12  FOUNDATION, INC.,
           Plaintiffs,
13              vs.                      **STIPULATION and JOINT
                                         ADMINISTRATIVE MOTION to
14  KAMALA HARRIS, Attorney General     CONSOLIDATE CIVIL ACTIONS**
    of California (in her official capacity)
15  and CALIFORNIA DEPARTMENT           **Fed.R.Civ.P.  42**
    OF JUSTICE, CITY OF ROHNERT
16  PARK, OFFICER DEAN BECKER          **ND CA Rule 7-11**
    (RP134), and DOES 1 TO 20,
17         Defendants.

18  ───────────────────────────

19
    BRENDAN JOHN RICHARDS, THE
20  CALGUNS FOUNDATION, INC.,
    and THE SECOND AMENDMENT          Case No.:    3:11-CV-05580 SI
21  FOUNDATION, INC.,                               (Related Case)
           Plaintiffs,
22              vs.
                                       **STIPULATION and JOINT
23  KAMALA HARRIS, Attorney General   ADMINISTRATIVE MOTION to
    of California (in her official capacity)   CONSOLIDATE CIVIL ACTIONS**
24  and CALIFORNIA DEPARTMENT
    OF JUSTICE, SONOMA COUNTY         **Fed.R.Civ.P.  42**
25  SHERIFFS' OFFICE, SHERIFFS'
    DEPUTY GREG MYERS (SD1023)
26  and DOES 1 TO 20,                 **ND CA Rule 7-11**
           Defendants.
27

28

─────────────────────────────────────────────────────────

Stipulation/Order: Consolidate Cases        Page 1 of 3        *Haynie, et al. v. Harris, et al.*

1

2   MAX JOSEPH PLOG-HOROWITZ,
    THE CALGUNS FOUNDATION,                 Case No.:   3:12-CV-0452 LB
3   INC., and THE SECOND                    ( Related Case)
    AMENDMENT FOUNDATION, INC.,
4        Plaintiffs,                        **STIPULATION and JOINT
                                            ADMINISTRATIVE MOTION to
5             vs.                           CONSOLIDATE CIVIL ACTIONS**

6   KAMALA HARRIS, Attorney General         **Fed.R.Civ.P.  42**
    of California, CALIFORNIA
7   DEPARTMENT OF JUSTICE,
    COTATI POLICE DEPARTMENT,               **ND CA Rule 7-11**
8   CITY OF COTATI, ANDREW
    LYSSAND (CO0339) and DOES 1 TO
9   20,
10        Defendants.

11

12         IT IS HEREBY STIPULATED by and between the parties hereto through

13   their respective attorneys of record that the following four (4) related civil actions be

14   consolidated pursuant to Fed.R.Civ.P. 42.:

15         1.    *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered

16               consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in

17               an ordered filed on October 22, 2011.  (See Documents # 42 and #15

18               respectively.)

19         2.    The second *Richards v. Harris*, Case No.: 3:11-CV-05580 SI was

20               ordered to be related with the first two cases in an order filed on

21               December 21, 2011.  (See documents #47 and # 20 respectively.)

22         3.    The final (4th) case, *Plog-Horowitz, et al., v. Harris, et al,* Case No.: CV-

23               12-0452 SI was ordered to be related to the first three (3) cases in an

24               order filed on March 1, 2012 (See Documents # 53, #17 and #5

25               respectively.)

26         This consolidation is subject to the following terms:

27   I.    The cases are consolidated for purposes of pre-trial motions, including but not

28         limited to motions by any party under Fed.R.Civ.P. 12 and/or 56.

---

Stipulation/Order: Consolidate Cases        Page 2 of  3        *Haynie, et al. v. Harris, et al.*

LAW OFFICE OF DONALD KILMER, APC
1645 Willow St., Suite 150, San Jose, CA 95125
Vc: (408) 264-8489  Fx: (408) 264-8487
Don@DKLawOffice.com

1  II.    All Defendants reserve the right to sever the cases for if/when they proceed to

2         trial.

3  III.   The cases shall be consolidated under the earliest case number: *Richards v.*

4         *Harris*, Case No.: 3:11-CV-02493 SI.

5  IV.    The remaining case numbers shall be dismissed.

6         **SO STIPULATED**.

7  Date: September 4, 2012                          Date: September 4, 2012

8  _____/s/_____                               _____/s/_____
   Ross Moody,                                      Donald Kilmer
9  Counsel for Defendants                           Counsel for Plaintiffs
   Harris & California Dept. of Justice

10

11 Date:  September 4, 2012

12 _____/s/_____
   Robert W. Henkels
13 Counsel for Defendants
   City of Rohnert Park & Becker
14 City of Cotati & Lyssand

15

16 **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**
       I, Donald Kilmer, declare under penalty of perjury under the laws of California
17 and the United States that I have in my possession e-mail correspondence from
   Ross Moody and Robert Henkels that the content of this document is acceptable to
18 all persons required to sign the document.  I declare that this document was signed
   in San Jose, CA on September 4, 2012.

19

20 _____/s/_____
   Donald Kilmer
   Attorney for Plaintiffs

21

22                         **FINDINGS AND ORDER**

23         Pursuant to the stipulation of the parties and Fed.R.Civ.P. 42, all four cases

24 are consolidated under *Haynie v. Harris*, Case No.: CV 10-1255 SI.  Remaining case

25 numbers are dismissed.  All Defendants have the right to seek separate trials if the

26 cases proceed to that stage.

27 Date:  9/5/12

28                         United States District Judge

---

Stipulation/Order: Consolidate Cases          Page 3 of  3          *Haynie, et al. v. Harris, et al.*