STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  (707) 545-1660
Facsimile:   (707) 545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK, OFFICER DEAN BECKER and
OFFICER ANDREW LYSSAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, MAX PLOGHOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and OFFICER ANDREW LYSSAN (CO0339),<br><br>Defendants. | CASE NO.:  3:10-CV-01255 SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS CITY OF ROHNERT PARK,  OFFICER DEAN BECKER AND OFFICER ANDREW LYSSAND TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT** |

TO THIS HONORABLE COURT:

Pursuant to Northern District Local Rule 6-1, plaintiffs and defendants CITY OF ROHNERT PARK, OFFICER DEAN BECKER, CITY OF COTATI, and OFFICER ANDREW LYSSAND, by through their respective counsel hereby, agree and stipulate as follows:

1. Plaintiffs recently filed their Amended Consolidated Complaint on September 4, 2012, after this Court issued its order granting in part, and denying in part, the City of Rohnert Park's Motion to Dismiss.

///

---

- 1 -
Stipulation to Extend Time for Defendants to Respond to Amended Consolidated Complaint

2. In light of plaintiffs' and defendants' current settlement negotiations, plaintiffs and defendants hereby agree to extend defendants' last day to respond to plaintiffs' Amended Consolidated Complaint.

3. Accordingly, defendants CITY OF ROHNERT PARK, OFFICER DEAN BECKER, CITY OF COTATI, and OFFICER ANDREW LYSSAND shall have until **October 16, 2012** to respond to plaintiffs' Amended Consolidated Complaint.

4. The parties are currently scheduled to appear for a Case Management Conference on November 2, 2012. No trial date has been set. This extension does not interfere with any previously scheduled deadline set by this Court.

IT IS SO STIPULATED.

DATED: September 21, 2012                LAW OFFICES OF DONALD KILMER


By _____/s/_____
    DONALD KILMER
    Attorneys for Plaintiffs
    BRENDAN JOHN RICHARDS, THE
    CALGUNS FOUNDATION, INC., and
    THE SECOND AMENDMENT
    FOUNDATION, INC.

DATED: September 21, 2012                GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By _____/s/_____
    ROBERT W. HENKELS
    Attorneys for Defendants
    CITY OF ROHNERT PARK,
    OFFICER DEAN BECKER, CITY OF
    COTATI, and ANDREW LYSSAND

LAW OFFICES OF
Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.

- 2 -
Stipulation to Extend Time for Defendants to Respond to Amended Consolidated Complaint