Kamala D. Harris
Attorney General of California
Peter A. Krause
Supervising Deputy Attorney General
Ross C. Moody
Deputy Attorney General
State Bar No. 142541
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1376
  Fax: (415) 703-1234
  E-mail: Ross.Moody@doj.ca.gov
*Attorneys for Defendants California Department of Justice and Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134), and DOES 1 TO 20,**<br><br>Defendants. | 10-cv-1255-SI<br>11-cv-2493 SI<br>(Consolidated Cases)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS KAMALA HARRIS AND CALIFORNIA DEPARTMENT OF JUSTICE TO RESPOND TO AMENDED CONSOLIDATED COMPLAINT** |

TO THIS HONORABLE COURT:

Pursuant to Northern District Local Rule 6-1, plaintiffs and defendants KAMALA HARRIS, Attorney General of California and CALIFORNIA DEPARTMENT OF JUSTICE, by and through their respective counsel, hereby agree and stipulate as follows:

1. Plaintiffs recently filed their Amended Consolidated Complaint on September 4, 2012, after this Court issued its order granting in part, and denying in part, the City of Rohnert Park's Motion to Dismiss.

2. In light of plaintiffs' and the City of Rohnert Park's current settlement negotiations, plaintiffs and defendants agree to extend defendants' last day to respond to plaintiffs' Amended

Complaint.

3. Accordingly, defendants KAMALA HARRIS, Attorney General of California and CALIFORNIA DEPARTMENT OF JUSTICE shall have until October 16, 2012 to respond to plaintiffs' Amended Consolidated Complaint.

4. The parties are currently scheduled to appear for a Case Management Conference on November 2, 2012. No trial date has been set. This extension does not interfere with any previously scheduled deadline set by this Court.

**IT IS SO STIPULATED.**

Dated: September 24, 2012                                      Dated: September 24, 2012

/s/ Ross Moody                                                       /s/ Donald Kilmer

_____                              _____
Ross Moody                                                              Donald Kilmer
Counsel for Defendants                                           Counsel for Plaintiffs
Harris & California Dept. of Justice

SA2010101060
20639825.doc