Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134), <br><br> Defendants. | **Case No.:   3:10-CV-01255 SI** <br><br> **STIPULATION for DISMISSAL OF DEFENDANTS: CITY OF COTATI, OFFICER ANDREW LYSSAND and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER: CASE MANAGEMENTS** <br><br> Current CMC:    Nov. 2, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the previously related and consolidated case of *Plog-Horowitz, et al., v. Harris, et al,* Case No.: CV-12-0452 SI is dismissed **with prejudice** with the parties bearing their own attorney fees and costs.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Case Management         Page 1 of 3         *Haynie, et al. v. Harris, et al.*

Furthermore, it is hereby stipulated by and between the parties hereto that the plaintiffs shall file a Second Amended Consolidated Complaint reflecting this dismissal within 5 business days of this stipulation becoming an order of the Court.

Furthermore, based on this development, the pending Case Management Conference currently set for November 2, 2012 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

Furthermore, because the Defendants City of Rohnert Park and Officer Dean Becker are engaged in earnest settlement discussions with the plaintiffs, the time for All Defendants to file a responsive pleading to the Second Amended Consolidated Complaint shall be extended to 60 calendar days after that filing.

**SO STIPULATED**.

Date: October 24, 2012                                                   Date: October 24, 2012

/s/                                                                                        /s/
Ross Moody,                                                              Donald Kilmer
Counsel for Defendants                                            Counsel for Plaintiffs
Harris & California Dept. of Justice

Date: October 24, 2012

/s/
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on October 24, 2012.

/s/
Donald Kilmer
Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Case Management                    Page 2 of 3                    *Haynie, et al. v. Harris, et al.*

# **ORDER**

The Court accepts the parties' stipulations:

1. *Plog-Horowitz, et al., v. Harris, et al,* Case No.: CV-12-0452 SI is dismissed **with prejudice** with the parties bearing their own attorney fees and costs.

2. The plaintiffs shall file a Second Amended Consolidated Complaint reflecting this dismissal within 5 business days of this stipulation becoming an order of the Court.

3. The Case Management Conference currently set for November 2, 2012 is reset to: (Date) _____, at (Time): _____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date:

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Case Management          Page 3 of 3          *Haynie, et al. v. Harris, et al.*