Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:    (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice: (949) 310-0817
Fax:    (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134),<br><br>Defendants. | Case No.:   3:10-CV-01255 SI<br><br>**STIPULATION for DISMISSAL OF DEFENDANTS: CITY OF COTATI, OFFICER ANDREW LYSSAND and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER: CASE MANAGEMENTS**<br><br>Current CMC:   Nov. 2, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the previously related and consolidated case of *Plog-Horowitz, et al., v. Harris, et al,* Case No.: CV-12-0452 SI is dismissed **with prejudice** with the parties bearing their own attorney fees and costs.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Case Management          Page 1 of 3          *Haynie, et al. v. Harris, et al.*

1  Furthermore, it is hereby stipulated by and between the parties hereto that
2  the plaintiffs shall file a Second Amended Consolidated Complaint reflecting this
3  dismissal within 5 business days of this stipulation becoming an order of the Court.

4  Furthermore, based on this development, the pending Case Management
5  Conference currently set for November 2, 2012 in Courtroom 10, 19th Floor of the
6  U.S. District Court for the Northern District of California should be reset.

7  Furthermore, because the Defendants City of Rohnert Park and Officer Dean
8  Becker are engaged in earnest settlement discussions with the plaintiffs, the time
9  for All Defendants to file a responsive pleading to the Second Amended
10 Consolidated Complaint shall be extended to 60 calendar days after that filing.

11 **SO STIPULATED**.

12 Date: October 24, 2012                        Date: October 24, 2012

13        /s/                                                    /s/
   Ross Moody,                                    Donald Kilmer
14 Counsel for Defendants                         Counsel for Plaintiffs
   Harris & California Dept. of Justice
15

16 Date:  October 24, 2012

17        /s/
   Robert W. Henkels
18 Counsel for Defendants
   City of Rohnert Park & Becker
19

20      **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
21                         **LOCAL RULE VIII.B.**

22  I, Donald Kilmer, declare under penalty of perjury under the laws of California
23 and the United States that I have in my possession e-mail correspondence from
24 Ross Moody and Robert Henkels that the content of this document is acceptable to
   all persons required to sign the document.  I declare that this document was signed
25 in San Jose, CA on October 24, 2012.
26

27        /s/
   Donald Kilmer
28 Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1 **ORDER**

2 The Court accepts the parties' stipulations:

3 1. *Plog-Horowitz, et al., v. Harris, et al,* Case No.: CV-12-0452 SI is dismissed **with prejudice** with the parties bearing their own attorney fees and costs.

5 2. The plaintiffs shall file a Second Amended Consolidated Complaint reflecting this dismissal within 5 business days of this stipulation becoming an order of the Court.

8 3. The Case Management Conference currently set for November 2, 2012 is reset to: (Date) _____2/8/12_____, at (Time): ___3 pm___, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date: 10/26/12

_Susan Illston_

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Case Management        Page 3 of 3        *Haynie, et al. v. Harris, et al.*