Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134) <br><br> Defendants. | Case No.:   3:10-CV-01255 SI <br><br> **STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER** <br> Re: Case Management |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for February 8, 2013 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Rohnert Park Defendants and the Plaintiffs are engaged in earnest self-directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order                Page 1 of 3                *Haynie, et al. v. Harris, et al.*

1  If a settlement can be reached, then the remaining parties (California
2  Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3  dispositive motions at the next Case Management Conference.

4  The parties propose that the Court reset the Case Management Conference to
5  a convenient Friday in April 2013 in order to give the parties engaged in settlement
6  discussions the time necessary to conclude that process or to request formal ADR
7  assistance from the Court.

**SO STIPULATED**.

Date: February 1, 2013                     Date: February 1, 2013

          /s/                                        /s/
Ross Moody,                                Donald Kilmer
Counsel for Defendants                     Counsel for Plaintiffs
Harris & California Dept. of Justice

Date: February 1, 2013

          /s/
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker


**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
**LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody, and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on February 1, 2013.

          /s/
Donald Kilmer
Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order                    Page 2 of 3                    *Haynie, et al. v. Harris, et al.*

## **ORDER**

The Case Management Conference currently set for February 8, 2013 is reset to: (Date) _____, at (Time): _____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date:

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487