1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, CA 92688
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  MARK AARON HAYNIE, BRENDAN          Case No.:   3:10-CV-01255 SI
    JOHN RICHARDS, THE CALGUNS
13  FOUNDATION, INC., and THE           **STIPULATION and JOINT
    SECOND AMENDMENT                    ADMINISTRATIVE MOTION and
14  FOUNDATION, INC.,                   P~~ROPOS~~ED ORDER
                                        Re: Case Management**
15          Plaintiffs,

16              vs.

17

18  KAMALA HARRIS, Attorney General
    of California, CALIFORNIA
19  DEPARTMENT OF JUSTICE, CITY
    OF ROHNERT PARK, and OFFICER
20  DEAN BECKER (RP134)

21          Defendants.

22

23      IT IS HEREBY STIPULATED by and between the parties hereto through

24  their respective attorneys of record that the pending Case Management Conference

25  currently set for February 8, 2013 in Courtroom 10, 19th Floor of the U.S. District

26  Court for the Northern District of California should be reset.

27      The Rohnert Park Defendants and the Plaintiffs are engaged in earnest self-

28  directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order           Page 1 of  3           *Haynie, et al. v. Harris, et al.*

1  If a settlement can be reached, then the remaining parties (California
2  Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3  dispositive motions at the next Case Management Conference.

4  The parties propose that the Court reset the Case Management Conference to
5  a convenient Friday in April 2013 in order to give the parties engaged in settlement
6  discussions the time necessary to conclude that process or to request formal ADR
7  assistance from the Court.

8  **SO STIPULATED**.

9  Date: February 1, 2013                              Date: February 1, 2013

10  _____/s/_____           _____/s/_____
    Ross Moody,                                       Donald Kilmer
11  Counsel for Defendants                            Counsel for Plaintiffs
    Harris & California Dept. of Justice

13  Date: February 1, 2013

14  _____/s/_____
    Robert W. Henkels
15  Counsel for Defendants
    City of Rohnert Park & Becker

18  **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
19  **LOCAL RULE VIII.B.**

20  I, Donald Kilmer, declare under penalty of perjury under the laws of California
21  and the United States that I have in my possession e-mail correspondence from
22  Ross Moody, and Robert Henkels that the content of this document is acceptable to
23  all persons required to sign the document. I declare that this document was signed
24  in San Jose, CA on February 1, 2013.

26  _____/s/_____
    Donald Kilmer
    Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order        Page 2 of 3        *Haynie, et al. v. Harris, et al.*

## ORDER

The Case Management Conference currently set for February 8, 2013 is reset to: (Date) __April 5, 2013__, at (Time): __3 p.m.__, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date: 2/5/13

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order        Page 3 of 3        *Haynie, et al. v. Harris, et al.*