```
1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, CA 92688
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134)<br><br>    Defendants. | Case No.:   3:10-CV-01255 SI<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**<br>Re: Case Management |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for April 2, 2013 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Rohnert Park Defendants and the Plaintiffs are still engaged in earnest self-directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  If a settlement can be reached, then the remaining parties (California
2  Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3  dispositive motions at the next Case Management Conference.

4  Furthermore, the Plaintiffs and the California Department of Justice are
5  aware that several bill have been introduced in the State Legislature that may
6  moot this case. Those parties may seek another continuance and/or stay to conserve
7  resources of the parties and the Court.

8  The parties propose that the Court reset the Case Management Conference to
9  a convenient date in June of 2013 in order to give the parties engaged in settlement
10 discussions the time necessary to conclude that process or to request formal ADR
11 assistance from the Court.

12 **SO STIPULATED**.

13 Date: March 26, 2013                          Date: March 26, 2013

14     /s/                                        /s/
   Ross Moody,                                  Donald Kilmer
15 Counsel for Defendants                        Counsel for Plaintiffs
   Harris & California Dept. of Justice

17 Date: March 26, 2013

18     /s/
   Robert W. Henkels
19 Counsel for Defendants
   City of Rohnert Park & Becker

22 **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
23 **LOCAL RULE VIII.B.**

24 I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from
25 Ross Moody, and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed
26 in San Jose, CA on March 26, 2013.

27     /s/
   Donald Kilmer
28 Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order     Page 2 of 3     *Haynie, et al. v. Harris, et al.*

## **ORDER**

The Case Management Conference currently set for April 2, 2013 is reset to: (Date) _____, at (Time): _____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date:

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487