Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134)<br><br>Defendants. | Case No.:   3:10-CV-01255 SI<br><br>STIPULATION and JOINT ADMINISTRATIVE MOTION and ~~PROPOSED~~ ORDER<br>Re: Case Management |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for April 2, 2013 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Rohnert Park Defendants and the Plaintiffs are still engaged in earnest self-directed settlement discussions.

1   If a settlement can be reached, then the remaining parties (California
2   Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3   dispositive motions at the next Case Management Conference.

4   Furthermore, the Plaintiffs and the California Department of Justice are
5   aware that several bill have been introduced in the State Legislature that may
6   moot this case. Those parties may seek another continuance and/or stay to conserve
7   resources of the parties and the Court.

8   The parties propose that the Court reset the Case Management Conference to
9   a convenient date in June of 2013 in order to give the parties engaged in settlement
10  discussions the time necessary to conclude that process or to request formal ADR
11  assistance from the Court.

12  **SO STIPULATED**.

13  Date: March 26, 2013                              Date: March 26, 2013

14        /s/                                              /s/
        Ross Moody,                                     Donald Kilmer
15      Counsel for Defendants                          Counsel for Plaintiffs
        Harris & California Dept. of Justice
16

17  Date: March 26, 2013

18        /s/
        Robert W. Henkels
19      Counsel for Defendants
        City of Rohnert Park & Becker
20

21

22  **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
23  **LOCAL RULE VIII.B.**

24  I, Donald Kilmer, declare under penalty of perjury under the laws of California
    and the United States that I have in my possession e-mail correspondence from
25  Ross Moody, and Robert Henkels that the content of this document is acceptable to
    all persons required to sign the document. I declare that this document was signed
26  in San Jose, CA on March 26, 2013.

27        /s/
        Donald Kilmer
28  Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

# **ORDER**

The Case Management Conference currently set for April 2, 2013 is reset to: (Date) \_\_\_\_6/21/13_____, at (Time): \_\_\_3:00 p.m._____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date: 4/1/13

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order            Page 3 of 3            *Haynie, et al. v. Harris, et al.*