1 | Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
2 | 1645 Willow Street, Suite 150
San Jose, California 95125
3 | Voice: (408) 264-8489
Fax:    (408) 264-8487
4 | E-Mail: Don@DKLawOffice.com

5 | Jason A. Davis [SBN: 224250]
Davis & Associates
6 | 27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
7 | Voice: (949) 310-0817
Fax:    (949) 288-6894
8 | E-Mail: Jason@CalGunLawyers.com

9 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., | Case No.:   3:10-CV-01255 SI |
|---|---|
| Plaintiffs, | STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER Re: Case Management |
| vs. | CURRENT CMC:   JUNE 21, 2013 |
| KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134) | PROPOSED CMC:  SEPTEMBER 6, 2013 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for June 21, 2013 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Rohnert Park Defendants and the Plaintiffs are still engaged in earnest self-directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order | Page 1 of 3 | *Haynie, et al. v. Harris, et al.*

1   If a settlement can be reached, then the remaining parties (California
2   Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3   dispositive motions at the next Case Management Conference.

4   Furthermore, the Plaintiffs and the California Department of Justice are
5   aware that several bill have been introduced in the State Legislature that may
6   moot this case or require amendments to the pleadings.  Several of those bills have
7   passed at least one legislative house and are pending in the other.  Those parties
8   may seek another continuance and/or stay to conserve resources of the parties and
9   the Court.

10   The parties propose that the Court reset the Case Management Conference to
11   September 6, 2013 in order to give the parties engaged in settlement discussions
12   the time necessary to conclude that process or to request formal ADR assistance
13   from the Court.

14   **SO STIPULATED**.

15   Date: June 14, 2013                                    Date: June 14, 2013

16    /s/                                                                      /s/
     Mark Beckington
17   Supervising Deputy Attorney General           Donald Kilmer
     for Ross Moody,                                         Counsel for Plaintiffs
18   Counsel for Defendants
     Harris & California Dept. of Justice
19
     Date: June 14, 2013
20
      /s/
21   Robert W. Henkels
     Counsel for Defendants
22   City of Rohnert Park & Becker

23
         **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
24                              **LOCAL RULE VIII.B.**
     I, Donald Kilmer, declare under penalty of perjury under the laws of California
25   and the United States that I have in my possession e-mail correspondence from
     Ross Moody, and Robert Henkels that the content of this document is acceptable to
26   all persons required to sign the document.  I declare that this document was signed
     in San Jose, CA on June 14, 2014.
27
          /s/
28   Donald Kilmer, Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

## **ORDER**

The Case Management Conference currently set for June 21, 2013 is reset to: (Date) _____, at (Time): _____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date:

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order     Page 3 of 3     *Haynie, et al. v. Harris, et al.*