1   Donald E. J. Kilmer, Jr. [SBN: 179986]
    LAW OFFICES OF DONALD KILMER
2   1645 Willow Street, Suite 150
    San Jose, California 95125
3   Voice: (408) 264-8489
    Fax:   (408) 264-8487
4   E-Mail: Don@DKLawOffice.com

5   Jason A. Davis [SBN: 224250]
    Davis & Associates
6   27201 Puerta Real, Suite 300
    Mission Viejo, CA 92691
7   Voice: (949) 310-0817
    Fax:   (949) 288-6894
8   E-Mail: Jason@CalGunLawyers.com

9   Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  MARK AARON HAYNIE, BRENDAN          **Case No.:   3:10-CV-01255 SI**
    JOHN RICHARDS, THE CALGUNS
13  FOUNDATION, INC., and THE           **STIPULATION and JOINT
    SECOND AMENDMENT                    ADMINISTRATIVE MOTION and
14  FOUNDATION, INC.,                   ~~PROPOSED~~ ORDER
                                        Re: Case Management**
15
         Plaintiffs,
16                                      CURRENT CMC:    JUNE 21, 2013

17            vs.                       PROPOSED CMC:   SEPTEMBER 6, 2013

18  KAMALA HARRIS, Attorney General
    of California, CALIFORNIA
19  DEPARTMENT OF JUSTICE, CITY
    OF ROHNERT PARK, and OFFICER
20  DEAN BECKER (RP134)

21       Defendants.

22

23       IT IS HEREBY STIPULATED by and between the parties hereto through

24  their respective attorneys of record that the pending Case Management Conference

25  currently set for June 21, 2013 in Courtroom 10, 19th Floor of the U.S. District

26  Court for the Northern District of California should be reset.

27       The Rohnert Park Defendants and the Plaintiffs are still engaged in earnest

28  self-directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order              Page 1 of 3              *Haynie, et al. v. Harris, et al.*

1    If a settlement can be reached, then the remaining parties (California

2 Department of Justice and the Plaintiffs) will proceed with setting hearing dates for

3 dispositive motions at the next Case Management Conference.

4    Furthermore, the Plaintiffs and the California Department of Justice are

5 aware that several bill have been introduced in the State Legislature that may

6 moot this case or require amendments to the pleadings. Several of those bills have

7 passed at least one legislative house and are pending in the other. Those parties

8 may seek another continuance and/or stay to conserve resources of the parties and

9 the Court.

10    The parties propose that the Court reset the Case Management Conference to

11 September 6, 2013 in order to give the parties engaged in settlement discussions

12 the time necessary to conclude that process or to request formal ADR assistance

13 from the Court.

14 **SO STIPULATED**.

15 Date: June 14, 2013                                      Date: June 14, 2013

16 ___/s/_____                              ___/s/_____
   Mark Beckington
17 Supervising Deputy Attorney General            Donald Kilmer
   for Ross Moody,                                Counsel for Plaintiffs
18 Counsel for Defendants
   Harris & California Dept. of Justice

19
   Date: June 14, 2013
20
   ___/s/_____
21 Robert W. Henkels
   Counsel for Defendants
22 City of Rohnert Park & Becker

23
        **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
24                      **LOCAL RULE VIII.B.**
        I, Donald Kilmer, declare under penalty of perjury under the laws of California
25 and the United States that I have in my possession e-mail correspondence from
   Ross Moody, and Robert Henkels that the content of this document is acceptable to
26 all persons required to sign the document. I declare that this document was signed
   in San Jose, CA on June 14, 2014.
27
        ___/s/_____
28 Donald Kilmer, Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order               Page 2 of 3          *Haynie, et al. v. Harris, et al.*

1

## **ORDER**

2     The Case Management Conference currently set for June 21, 2013 is reset to:

3  (Date) _____9/6/13_____, at (Time): __3:00 p.m.____, in Courtroom 10,

4  19th Floor of the U.S. District Court for the Northern District of California – San

5  Francisco.  A Joint Case Management Conference Statement shall be filed seven (7)

6  calendar days before the new date.

7  Date: 6/17/13

8                                                                          _____
                                                   United States District Judge

9

10     No further continuances will be granted.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487
28

CMC Stipulation & Order                    Page 3 of 3                    *Haynie, et al. v.  Harris, et al.*