1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  27201 Puerta Real, Suite 300
   Mission Viejo, CA 92691
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>15      Plaintiffs,<br>16            vs.<br>17<br>18  KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134)<br>21      Defendants. | **Case No.:   3:10-CV-01255 SI**<br><br>**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**<br>**Re: Case Management**<br><br>CURRENT CMC:   SEPTEMBER 6, 2013<br><br>PROPOSED CMC:   JANUARY 10, 2014 |

23      IT IS HEREBY STIPULATED by and between the parties hereto through

24  their respective attorneys of record that the pending Case Management Conference

25  currently set for September 6, 2013 in Courtroom 10, 19th Floor of the U.S. District

26  Court for the Northern District of California should be reset.

27      The Rohnert Park Defendants and the Plaintiffs are still engaged in earnest

28  self-directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order          Page 1 of 3          *Haynie, et al. v. Harris, et al.*

1   If a settlement can be reached, then the remaining parties (California
2   Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3   dispositive motions at the next Case Management Conference.

4   Furthermore, the Plaintiffs and the California Department of Justice are
5   aware that several bill have been introduced in the State Legislature that may
6   moot this case or require amendments to the pleadings. Several of those bills have
7   passed at least one legislative house and are pending in the other. Those parties
8   may seek another continuance and/or stay to conserve resources of the parties and
9   the Court.

10  The parties propose that the Court reset the Case Management Conference to
11  January 10, 2014 in order to give the parties engaged in settlement discussions the
12  time necessary to conclude that process or to request formal ADR assistance from
13  the Court.

14  **SO STIPULATED**.

15  Date: August 28, 2013                              Date: August 28, 2013

16   /s/                                               /s/
    Ross Moody, Deputy Attorney General               Donald Kilmer,
17  Counsel for Defendants                             Counsel for Plaintiffs
    Harris & California Dept. of Justice
18
    Date: August 28, 2013
19
     /s/
20  Robert W. Henkels
    Counsel for Defendants
21  City of Rohnert Park & Becker

22
    **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND
23              LOCAL RULE VIII.B.**

24   I, Donald Kilmer, declare under penalty of perjury under the laws of California
    and the United States that I have in my possession e-mail correspondence from
25  Ross Moody, and Robert Henkels that the content of this document is acceptable to
    all persons required to sign the document. I declare that this document was signed
26  in San Jose, CA on August 28, 2013

27       /s/
    Donald Kilmer, Attorney for Plaintiffs
28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order          Page 2 of 3          *Haynie, et al. v. Harris, et al.*

1 **<u>ORDER</u>**

2 The Case Management Conference currently set for September 6, 2013 is

3 reset to: (Date) _____, at (Time): _____, in

4 Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of

5 California – San Francisco. A Joint Case Management Conference Statement shall

6 be filed seven (7) calendar days before the new date.

7 Date:

8

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487