Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs



DENIED
Judge Susan Illston

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,

Plaintiffs,

vs.

KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134)

Defendants.

**Case No.:   3:10-CV-01255 SI**

**STIPULATION and JOINT ADMINISTRATIVE MOTION and PROPOSED ORDER**
**Re: Case Management**

CURRENT CMC:   SEPTEMBER 6, 2013

PROPOSED CMC:   JANUARY 10, 2014

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the pending Case Management Conference currently set for September 6, 2013 in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California should be reset.

The Rohnert Park Defendants and the Plaintiffs are still engaged in earnest self-directed settlement discussions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  If a settlement can be reached, then the remaining parties (California
2  Department of Justice and the Plaintiffs) will proceed with setting hearing dates for
3  dispositive motions at the next Case Management Conference.

4  Furthermore, the Plaintiffs and the California Department of Justice are
5  aware that several bill have been introduced in the State Legislature that may
6  moot this case or require amendments to the pleadings. Several of those bills have
7  passed at least one legislative house and are pending in the other. Those parties
8  may seek another continuance and/or stay to conserve resources of the parties and
9  the Court.

10  The parties propose that the Court reset the Case Management Conference to
11  January 10, 2014 in order to give the parties engaged in settlement discussions the
12  time necessary to conclude that process or to request formal ADR assistance from
13  the Court.

**SO STIPULATED**.

Date: August 28, 2013                              Date: August 28, 2013

 /s/                                                /s/
Ross Moody, Deputy Attorney General                Donald Kilmer,
Counsel for Defendants                             Counsel for Plaintiffs
Harris & California Dept. of Justice

Date: August 28, 2013

 /s/
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody, and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on August 28, 2013

 /s/
Donald Kilmer, Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

# **ORDER**

The Case Management Conference currently set for September 6, 2013 is reset to: (Date) _____, at (Time): _____, in Courtroom 10, 19th Floor of the U.S. District Court for the Northern District of California – San Francisco. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

Date:

_____
United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

CMC Stipulation & Order        Page 3 of 3        *Haynie, et al. v. Harris, et al.*