Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:    (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis (SBN: 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax: (949) 288-6894
Email: Jason@CalGunLawyers.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN RICAHRDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 TO 20,<br><br>Defendants. | Case No.:   3:10-CV-01255 SI<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conference Date:  September 6, 2013<br>Conference Time:  3:00 p.m.<br>Conference Place: Courtroom 10<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |

1. **Jurisdiction & Service** – The parties stipulate that the Court has subject matter jurisdiction over the plaintiffs's claims and there are no issues regarding personal jurisdiction or venue.

2. **Facts** – Mark Haynie was arrested once and Brendan Richards was arrested twice for violations of California Penal Code § 12280(b)[1] [30605] – possession of an unregistered assault weapon. In Brendan Richards' case and with regard to both arrests, police were in the process of investigating a disturbance when they discovered several firearms in the trunk of Richards' car. Based upon the officers' belief that these firearms violated the California Assault Weapons Control Act ("AWCA"), Richards was arrested on the spot. Forensic experts employed by the California Department of Justice, however, reviewed the weapons and issued opinions that the firearms did not violate the AWCA. Subsequently, the Sonoma County District Attorney's Office dismissed the criminal charges. Defendants City of Rohnert Park and Officer Dean Becker contend that the arresting officers had probable cause to make the arrest for violation of the AWCA.

3. **Legal Issues** –

   a. Is the California Assault Weapon Statutory (and Regulatory) Scheme unconstitutionally vague and ambiguous?

   b. Was the constitutionality of the AWCA clearly established law at the time of Brendan Richards' arrests?

   c. Do plaintiffs have standing to sue the City of Rohnert Park for injunctive relief relating to the enforcement of the AWCA? See, *City of Los Angeles v. Lyons,* 461 U.S. 95.

   d. Given the totality of the circumstances known to the arresting officers, would a reasonably prudent person have concluded that a person in possession of a firearm similar in most respects to an illegal assault weapon, yet equipped with a small bullet button, was in violation of the AWCA? (For probable cause standard, see *Grant v. City of Long*

---

[1] California has renumbered its Deadly Weapon Statutes effective January 1, 2012. The old numbers are cited and the new numbers are bracketed.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

*Beach,* 315 F.3d 1081, 1085.)

  e. Was the legality of an assault rifle equipped with a bullet button clearly established law at the time of the arrest?

  f. Finally, is California Penal Code § 12031(e) [25850(b)] unconstitutional on its face? Does this statute provide police officers with probable cause to search a vehicle without a warrant? Was the constitutionality of this provision clearly established at the time of the search?

4. **Motions** – Defendants California Department of Justice and Kammala Harris filed a Motion to Dismiss which this court granted with leave to amend on October 22, 2011. Defendants City of Rohnert Park and Officer Dean Becker filed a Motion to Dismiss on December 23, 2011. The Court granted in part and denied in part, with leave to amend in an order filed on July 30, 2012. Plaintiffs and Defendants anticipate filing Motions for Summary Judgment.

5. **Amendment of Pleadings** – Pursuant to an Order of the Court, the Plaintiffs have filed an Amended and Consolidate Complaint on September 4, 2012 (Doc #65). This is the current operative Complaint. However Plaintiffs Ploghorowitz and Defendants City of Cotati and Officer Andrew Lyssand have been dismissed from this action.

6. **Evidence Preservation** – Not applicable in this case.

7. **Disclosures** – Plaintiffs served their FRCP 26 Disclosures on all defendants on February 17, 2012 via email. The remaining parties agree to make their FRCP 26 disclosures pursuant to this Court's orders.

8. **Discovery**

  a. Plaintiffs will take the following discovery.

    i. Document Request.

    ii. Interrogatories.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

|   |     |        | iii.  | Requests for Admission. |
|---|-----|--------|-------|-------------------------|

                iii.    Requests for Admission.
                iv.     Depositions.
        b.      Defendants will take the following discovery.
                i.      Document Request.
                ii.     Interrogatories.
                iii.    Requests for Admission.
                iv.     Depositions.

9. **Class Action** – Not applicable to this case.

10. **Related Case** – None. A previously related case: *Plog-Horowitz v. Harris*, Case No.: CV-12-0452 SI was filed and dismissed with prejudice.

11. **Relief** – Plaintiffs seek damages, declaratory and prospective injunctive relief and payment of attorney fees and costs.

12. **Settlement & ADR** – The California defendants and plaintiffs have participated in a Joint Neutral Evaluation. The Rohnert Park defendants are willing to participate in settlement negotiations, however, they do not believe that civil damages are available in this case. Plaintiffs are willing to participate in ADR with all parties.

13. **Consent to Magistrate Judge for All Purposes** – The parties have not consented to a magistrate judge.

14. **Other References** – Not applicable in this case.

15. **Narrowing the Issues** – Plaintiffs would like to discuss procedures for a bench trial in this matter in conjunction with (or in lieu of) a cross motions for summary judgment.

16. **Expedited Schedule** – Not applicable in this case.

17. **Scheduling** – The parties anticipate the California Legislature enacting several bills that may completely redefine assault weapons under California law. The bills pending have not yet been passed into law or signed by the Governor.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

18. **Trial** – As noted above, plaintiffs are prepared to discuss a bench trial in conjunction with, or in lieu of, a Rule 56 Motion. Should plaintiffs' civil damages claim proceed beyond motion practice, the City of Rohnert Park and Officer Dean Becker request a jury trial on those issues. Defendants expect a five-day trial at this time.

19. **Disclosure of Non-Party Interest Entities or Persons** – None known at this time.

RESPECTFULLY SUBMITTED.

Date: August 30, 2013                            Date: August 30, 2013

_/s/_                                            _/s/_

Ross Moody, Counsel for Defendant                Donald Kilmer, Counsel for Plaintiffs

Date: August 30, 2013

_/s/_
Robert W. Henkels
County for Defendants
City of Rohnert Park & Becker

### ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody and Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on August 30, 2013.

_/s/_
Donald Kilmer of
Attorney for for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487