LOUIS A. LEONE, ESQ. (SBN: 099874)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendant
CITY OF PLEASANTON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAYNIE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON,<br><br>        Defendant. | Case No.:  10-cv-01255SI<br><br>**NOTICE OF REMOVAL FROM ELECTRONIC NOTIFICATION** |

Please take notice the CITY OF PLEASANTON was dismissed with prejudice in this matter by stipulation and order entered on June 15, 2010. As such, please remove Stubbs & Leone from all future electronic notifications.

Dated: August 30, 2013                    **STUBBS & LEONE**

                                                              _____
                                                              LOUIS A. LEONE, ESQ.
                                                              Attorneys for Defendant
                                                              CITY OF PLEASANTON

---

NOTICE OF REMOVAL FROM ELECTRONIC NOTIFICATION
1