**15 minutes**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/6/13

Case No.   C-10-1255SI           Judge:   SUSAN ILLSTON

Title: HAYNIE, ET AL.,   -v- HARRIS, ET AL.,

Attorneys: Don Kilmer          Robert Henkels, Ross Moody

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to **11/15/13    @ 3:00 p.m..** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**   for Pretrial Conference

Case continued to    **@ 8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur within 30 days.

Cc: Rose/magref.