# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** Haynie v City of Pleasanton, et al.

**CASE NO.**  C10-1255 SI (JSC)

**COURTROOM DEPUTY**: Ada Means

**DATE**: September 16, 2013          **TIME: 10 minutes**          **COURT REPORTER**: Not Reported

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Don Kilmer | Robert Henkels - City of Rohnert Park |

## PROCEEDINGS

[ ]   SETTLEMENT CONFERENCE

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[X]   TELEPHONE CONFERENCE

[ ]    OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES:

Settlement conference set for 10/4/13 at 10:30 with plaintiff and defendant City of Rohnert Park. Joint settlement submission by 10/2/13 at 5:00 p.m.

cc:

*T=Telephonic Appearance