**6 minutes**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/15/13

Case No.   C-10-1255           Judge:   SUSAN ILLSTON

Title: HAYNIE, ET AL.,  -v- HARRIS, ET AL.,

Attorneys: Don Kilmer           Ross Moody

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference(s) - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to   for Further Case Management Conference

Case continued to  **6/27/14  @ 9:00 a.m.**   for Motions
(Motion due 5/23/14, Opposition 6/6/14 Reply 6/13/14 )

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff shall file an amended complaint on or before 12/13/13 and the response shall be filed by 1/6/14.