Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134) <br><br> Defendants. | **Case No.:   3:10-CV-01255 SI** <br><br> **STIPULATION and PROPOSED ORDER** <br> **Re: Case Management** |

IT IS HEREBY STIPULATED by and between the plaintiffs and defendants HARRRIS and the CALIFORNIA DEPARTMENT OF JUSTICE[1] that the scheduling order (Doc #88) shall be amended as follows:

---

[1] The Rohnert Park Defendants and the Plaintiffs have settled and are finalizing paperwork, these parties anticipate filing a dismissal of the Rohnert Park Defendants the week of December 16, 2013.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation & Order                Page 1 of 2              *Haynie, et al. v. Harris, et al.*

1. Plaintiffs' Amended Complaint is currently due on December 13, 2013, the date is revised to December 20, 2013.

2. Defendants' Responsive Pleading is currently due on January 6, 2014, the date is revised to January 13, 2014.

3. No other dates to the current scheduling order (Doc #88) are revised.

**SO STIPULATED**.

Date: December 12, 2013                             Date: December 12, 2013

/s/                                                                        /s/
Ross Moody
Deputy Attorney General                        Donald Kilmer
Counsel for Defendants                          Counsel for Plaintiffs
Harris & California Dept. of Justice

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody, that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on December 12, 2013

/s/
Donald Kilmer, Attorney for Plaintiffs

**SO ORDERED.**

Date: _____

_____
U.S. District Court Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation & Order                    Page 2 of 2                    *Haynie, et al. v. Harris, et al.*