1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  27201 Puerta Real, Suite 300
   Mission Viejo, CA 92691
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs

10             UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>15          Plaintiffs,<br><br>17          vs.<br><br>18  KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, and OFFICER DEAN BECKER (RP134)<br><br>21          Defendants. | **Case No.:**   **3:10-CV-01255 SI**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS: CITY OF ROHNERT PARK AND OFFICER DEAN BECKER** |

23     TO ALL PARTIES, RESPECTIVE COUNSEL OF RECORD, AND THIS

24  HONORABLE COURT:

25     The Plaintiffs Brendan John Richards, The CalGuns Foundation, Inc., and

26  The Second Amendment Foundation, Inc. (collectively, "Plaintiffs") hereby dismiss

27  from this action with prejudice Defendants the CITY OF ROHNERT PARK, and

28  OFFICER DEAN BECKER (RP 134) and Does 1 to 20, individually and in their

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Dismissal             Page 1 of 2             *Haynie, et al. v. Harris, et al.*

1 official capacities (collectively, "City Defendants"), pursuant to Federal Rules of
2 Civil Procedure, Rule 41(a)(1)(A)(i). Because County Defendants have not yet filed
3 an answer or a motion for summary judgment in this case, this Notice of Dismissal
4 effectively dismisses the City Defendants from this action with prejudice under the
5 provisions of Rule 41(a)(1)(A)(i), but does not affect Plaintiffs' claims against the
6 remaining state defendants. (See *Pedrina v. Chun*, 987 F.2d 608 (9th Cir. 1993).)
7 Plaintiffs and City Defendants are to bear their own costs and attorneys' fees
8 incurred in this action.

**SO STIPULATED**.

Date: December 19, 2013                    Date: December 19, 2013

 /s/                                       /s/
Robert W. Henkels                          Donald Kilmer
Counsel for Defendants                     Counsel for Plaintiffs
City of Rohnert Park & Becker


**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Robert Henkels that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on December 19, 2013.

 /s/
Donald Kilmer, Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Dismissal                    Page 2 of 2                    *Haynie, et al. v. Harris, et al.*