Exhibit C

# California Centerfire, Semi-Auto, Rifle Identification

Presented as a public service by:
California's premiere firearms community
**www.CALGUNS.net**
and
**www.CalGunsFoundation.org**

**START**

**Was the centerfire rifle registered as an "assault weapon" or a ".50 BMG" in California, before the deadlines expired?*** — YES → **LEGAL** California registered assault weapon or .50 BMG rifle.

* Active Duty Military personnel stationed in California may apply for an Assault Weapon Permit for personally owned AW(s) after the deadlines.

CALIFORNIA'S FIREARM COMMUNITY — SINCE 2002 — CALGUNS.NET

**\* Roberti-Roos Assault Weapons Control Act of 1989**
The registration deadline for **assault weapons listed** in the Roberti-Roos ban was March 31, 1992.

**\* Senate Bill 23 (SB-23)**
The registration deadline for assault weapons as "**defined by characteristics**" in SB-23 was December 31, 2000.

The registration deadline for assault weapons as defined by Penal Code section 12276(e) "**AK and AR-15 series**" assault weapons was January 23, 2001.

**\* .50 BMG Restrictions and Registration**
The registration deadline for "**.50 BMG rifles**" was April 30, 2006.

NO ↓

**Is the rifle an AR or AK type?** — YES → **Is the rifle listed in Appendix B or C?\*\*** — YES → Violates PC § 12276 (e)

NO / NO ↓  \*\* Check Side B for info.

**Is the rifle's barrel less than 16 inches long?** — YES → Violates PC § 12020 (c)(2) **Short Barreled Rifle**. Measured from bolt face to the end of the barrel or a permanently installed muzzle device.

NO ↓

**Is the rifle listed in Appendix A?\*\*** — YES → Violates PC § 12276

\*\* Check Side B for info

NO ↓

**Is the rifle chambered in ".50 BMG"?** — YES → Violates PC § 12280 Single-shot & semi-auto .50 BMG "shoulder-fired" rifles included.

NO ↓

**Is the rifle's overall length less than 30 inches? If less than 30 inches, can the rifle be fired in the shortest configuration?** — YES → Violates PC § 12276.1 (a)(3) The rifle's overall length is measured with the stock in the collapsed/folded position. (if equipped).

NO ↓

**Does the rifle have a detachable magazine? CCR 11 § 5469 (a)**

**Note:** Magazine locks (Bullet Button, MAG-LOCK, Prince50, Raddlock, Range-Maglok)™® and similar devices do not meet the criteria of a **detachable magazine** as defined in CCR 11 § 5469 (a). A rifle equipped with a **magazine lock** requires a **tool** to remove the magazine from the firearm. Therefore, it is configured with a **"fixed magazine"** that is not legally considered "detachable".

YES → **Does the fixed magazine hold more than 10 cartridges?** — YES → Violates PC § 12276.1 (a)(2)

→ **ILLEGAL** Unregistered assault weapon or .50 BMG rifle.

NO → Violates PC § 12276.1 (a)(1)(A-F)

→ **LEGAL** Not classified as an assault weapon.

YES ← **Penal Code § 12276.1 (a)** Does the rifle have **any** of these features:
• Pistol grip CCR 11 § 5469 (d)
• Forward pistol grip
• Flash suppressor
• Folding, collapsable stock
• Thumbhole stock
• Grenade, flare launcher

**Note:** MonsterMan Grips™ and the California Rifles U15™ stock do not meet the criteria of a **pistol grip**. They do not allow the user to grip the rifle with a pistol style grasp, nor do they protrude conspicuously beneath the action of the weapon. CCR 11 § 5469 (d) (see Side B for pictures)

## Appendix A — Roberti-Roos AW list

- Armalite: AR-180
- Beretta: AR-70
- Bushmaster Assault Rifle
- Calico: M-900
- Colt: AR-15 (all)
- Daewoo: AR 100, AR110 C
- Daewoo: K-1, K-2, Max 1, Max 2
- Fabrique Nationale: 308 Match, Sporter
- Fabrique Nationale: FAL, LAR, FNC
- HK: 91, 93, 94, PSG-1
- IMI: Galil, Uzi
- J&R ENG: M-68
- MAADI CO: AK47, ARM
- Made in China: 56, 56S, 84S, 86S, AKS
- Made in China: AK, AK47, AK47S, AKM
- Made in Spain: CETME Sporter
- MAS: 223
- Norinco: 56, 56 S, 84S, 86S
- Poly technologies: AK47, AKS
- RPB Industries, Inc.: sM10, sM11
- SIG: AMT, PE-57, SG 550, SG 551
- SKS w/ detachable magazine
- Springfield Armory: BM59, SAR-48
- Sterling: MK-6
- Steyr: AUG
- SWD Incorporated: M11
- Valmet: M62S, M71S, M78S
- Weaver Arms: Nighthawk

### Harrott v. County of Kings (2001) 25 Cal. 4th 1138

…a trial court may not find a semiautomatic firearm a series assault weapon under section 12276, subdivision (e), unless the firearm has first been included in the list of series assault weapons promulgated by the Attorney General pursuant to section 12276.5, subdivision (h)

### Definition of a "Pistol Grip" PC 12276.1 & CCR 11 § 5469 (d)

"pistol grip that protrudes conspicuously beneath the action of the weapon" means a grip that allows for a pistol style grasp in which the web of the trigger hand (between the thumb and index finger) can be placed below the top of the exposed portion of the trigger while firing.



U15 Stock — California Rifles



MonsterMan Grips — MMG

## Appendix B — AR Series

- American Spirit: USA Model
- Armalite: AR 10 (all), M15 (all)
- Armalite: Golden Eagle
- Bushmaster: XM15 (all)
- Colt: Law Enforcement (6920)
- Colt: Match Target (all)
- Colt: Sporter (all)
- Dalphon: B. F. D.
- DPMS: Panther (all)
- Eagle Arms: EA-15 A2 H-BAR, EA-15 E1
- Eagle Arms: M15 (all)
- Frankford Arsenal: AR-15 (all)
- Hesse Arms: HAR 15A2 (all)
- Knights: RAS (all), SR-15 (all)
- Knights: SR-25 (all)
- Les Baer: Ultimate AR (all)
- Olympic Arms: AR-15, Car-97, PCR (all)
- Ordnance, Inc.: AR-15
- Palmetto: SGA (all)
- Professional Ordnance, Inc.: Carbon 15 Rifle
- PWA: All Models
- Rock River Arms, Inc.: Car A2
- Rock River Arms, Inc.: Car A4 Flattop
- Rock River Arms, Inc.: LE Tactical Carbine
- Rock River Arms, Inc.: NM A2 - DCM Legal
- Rock River Arms, Inc.: Standard A-2
- Rock River Arms, Inc.: Standard A-4 Flattop
- Wilson Combat: AR-15

### Definition of a "Detachable Magazine" CCR 11 § 5469 (a)

"Detachable magazine" means any ammunition feeding device that can be removed from the firearm with neither disassembly of the firearm action nor use of a tool being required.

A bullet or ammunition cartridge is considered a tool.

### Definition of a "Flash Suppressor" CCR 11 § 5469 (b)

"flash suppressor" means any device designed, intended, or that functions to perceptibly reduce or redirect muzzle flash from the shooter's field of vision. CCR 11 § 5469 (b)

**Flash Suppressor/ Flash Hider** is a device attached to or integral with the muzzle of a firearm, designed to eliminate or reduce the incandescent flash of the firearm's discharge. Although they can reduce the visibility of the firearm's location when fired, they are primarily designed to prevent the shooter's vision from being blinded by the flash at night. Many flash hiders also act as a muzzle brake.

**Characteristics of a flash suppressor:** The majority of these devices come in two styles. The multi prong and the birdcage flash suppressor. The inner cavity of the muzzle device is usually several times the diameter of the bore. The muzzle device usually has large slots to allow the propelling gasses to blow through: redirecting, reducing, eliminating the muzzle flash from the shooters field of vision.

**Muzzle Brake/ Muzzle Compensator** is a device attached to or integral with the muzzle of a firearm, designed to redirect the propelling gasses to counter the firearm's: recoil, muzzle rise.

**Characteristics of muzzle brake:** The major difference between a flash suppressor and a muzzle brake is the size of the inner cavity. The inner cavity of a muzzle brake is usually just slightly larger than the diameter of the bore. This better traps the propelling gasses behind the bullet. This forces/redirects more of the gasses to escape through small ports/slots in the muzzle device. These ports/slots are usually machined/drilled in strategic locations or angled to direct the gasses to reduce the firearm's: recoil, muzzle rise.

## Appendix C — AK Series

- American Arms: AK-C 47, AK-F 47
- American Arms: , AK-Y 39, AK-F 39
- Arsenal: SLG (all)
- Arsenal: SLR (all)
- B-West: AK-47 (all)
- Hesse Arms: Model 47 (all)
- Hesse Arms: Wieger STG 940 Rifle
- Inter Ordnance - Monroe, NC: AK-47 (all)
- Inter Ordnance - Monroe, NC: M-97
- Inter Ordnance - Monroe, NC: RPK
- Kalashnikov USA: Hunter Rifle / Saiga
- MAADI CO: MISR (all)
- MAADI CO: MISTR (all)
- Mitchell Arms, Inc.: AK-47 (all)
- Mitchell Arms, Inc.: AK-47 Cal .308 (all)
- Mitchell Arms, Inc.: M-76, M-90
- Mitchell Arms, Inc.: RPK
- Norinco: 81 S (all)
- Norinco: 86 (all)
- Norinco: AK-47 (all)
- Norinco: Hunter Rifle
- Norinco: MAK 90
- Norinco: NHM 90, 90-2, 91 Sport
- Norinco: RPK Rifle
- Ohio Ordnance Works: AK-74
- Ohio Ordnance Works: ROMAK 991
- Valmet: 76 S, Hunter Rifle
- WUM: WUM (all)

## The 3 categories of an assault weapon in California

**Category 1** - are firearms listed on the original **Roberti-Roos assault weapons list** PC section 12276 (a), (b), and (c).

**Category 2** - was the legally ambiguous definition targeting AR and AK "series" firearms in PC 12276(e). This definition was modified by the California Supreme Court in 2001 in what is known as the **Harrott v. County of Kings (2001) 25 Cal.4th 1138**. The DOJ was required to create an additional list of firearms by make and model. It is available in CCR 11 § 5499 and is sometimes referred to as the "series list". Then came **AB2728**, which prevents the DOJ from ever updating the list after Jan 2007.

**Category 3** - are defined by characteristic features listed in PC 12276.1. These are sometimes referred to as "**SB23 features**" (Senate Bill 23).

### Characteristics of a Assault Weapon PC 12276.1 (a)

**12276.1 (a)** Notwithstanding PC section 12276, assault weapon shall also mean the following: Rifles

(1) A semiautomatic, centerfire rifle that has the capacity to accept a detachable magazine CCR 11 § 5469 (a) and any one of the following:

  (A) A pistol grip CCR 11 § 5469 (d)
  (B) A thumbhole stock. CCR 11 § 5469 (e)
  (C) A folding or telescoping stock.
  (D) A grenade launcher or flare launcher.
  (E) A flash suppressor. CCR 11 § 5469 (b)
  (F) A forward pistol grip. CCR 11 § 5469 (c)

(2) A semiautomatic, centerfire rifle that has a **fixed magazine** with the capacity to accept **more than 10 rounds**.

(3) A semiautomatic, centerfire rifle that has an **overall length of less than 30 inches**.

### Definition of a "Thumbhole Stock" CCR 11 § 5469 (e)

"thumbhole stock" means a stock with a hole that allows the thumb of the trigger hand to penetrate into or through the stock while firing.

**Muzzle Brake** / **Flash Suppressor**

Each individual is compelled to become familiar with Federal, State and local firearms laws as relate to their purchase, sale, transfer, possession, assembly, modification and/or use. The information presented and views contained herein shall not be construed as legal advice or as a substitute for legal representation, which can only be given by an attorney. This is a best-efforts compilation by gun rights activists, based upon **experience and research**, who make no claim as to the legality or basis of the information contained herein. Although this publication is believed to be current at the time if its printing, we urge the reader to investigate these topics in detail as laws and regulations change over time. Calguns.net and the Calguns Foundation shall not be liable for the improper use of or reliance upon such information as may found at www.calguns.net, www.calgunsfoundation.org or in this publication

V 1.0d 10/08/08