Exhibit H

# TITLE 11.  DEPARTMENT OF JUSTICE
# NOTICE OF PROPOSED RULEMAKING

The Department of Justice ("Department" or "DOJ") proposes to amend Section 978.20 of Division 1, Title 11 of the California Code of Regulations (CCR) regarding definitions of terms used to identify assault weapons after considering all comments, objections, and recommendations regarding the proposed action.

**INFORMATIVE DIGEST/POLICY STATEMENT OVERVIEW**

Penal Code (PC) section 12276.1 identifies restricted assault weapons based on specific characteristics or features.  Currently, California Code of Regulations (CCR) section 978.20 of Title 11 defines five terms used in § 12276.1 PC.  The proposed amendment will define a sixth term, "capacity to accept a detachable magazine", as meaning "capable of accommodating a detachable magazine, but shall not be construed to include a firearm that has been permanently altered so that it cannot accommodate a detachable magazine."

**AUTHORITY AND REFERENCE**

Authority:   Penal Code section 12276.5(i)
Reference:   Penal Code sections 12276.1, 12276.5, 12280, 12285, and 12289

**WRITTEN COMMENT PERIOD**

Any interested person, or his or her authorized representative, may submit written comments relevant to the proposed regulatory action to the Department.  The written comment period closes at 5:00 p.m. on August 16, 2006.  Only comments received at the Department offices by that time will be considered.  Please submit written comments to:
Mail:   Jeff Amador, Field Representative
        Department of Justice
        Firearms Licensing and Permits Section
        P.O. Box 820200
        Sacramento, CA 94203-0200
                or
Email: jeff.amador@doj.ca.gov

**PUBLIC HEARING**

The Department will hold a public hearing beginning at 9:00 a.m. on Wednesday, August 16, 2006 for the purpose of receiving public comments regarding the proposed regulatory action. The hearing will be held in the Department of Water Resources auditorium located at 1416 9th Street, Sacramento, California.  The auditorium is wheelchair accessible.  At the hearing, any person may present oral or written comments regarding the proposed regulatory action.  The Department requests, but does not require, that persons who make oral comments also submit

written copy of their testimony at the hearing.

**DISCLOSURES REGARDING THE PROPOSED ACTION**

The Department has made the following determinations:

<u>Mandate on local agencies or school districts</u>:  None

<u>Cost or savings to any state agency</u>:  None.

<u>Cost to any local agency or school district which must be reimbursed in accordance with Government Code sections 17500 through 17630</u>:  None.

<u>Other nondiscretionary cost or savings imposed on local agencies</u>:  None.

<u>Cost or savings in federal funding to the state</u>:  None.

<u>Significant, statewide adverse economic impact directly affecting business, including the ability of California businesses to compete with businesses in other states</u>:  None.

<u>Cost impacts that a representative person or business would incur in reasonable compliance with the proposed action</u>: The agency is not aware of any cost impacts that a representative private person or business would necessarily incur in reasonable compliance with the proposed action.

<u>Significant effect on housing costs</u>:  None.

<u>Small business determination</u>:  The Department has determined the proposed amendment does not affect small business.  This determination is based on the fact that the proposed amendment simply defines a term used to identify assault weapons but does not place any additional cost burden on small businesses nor their customers.

<u>Assessment regarding effect on jobs/businesses:</u>  The proposed amendment will not (1) create or eliminate jobs within California; (2) create new businesses or eliminate existing businesses within California; or (3) affect the expansion of businesses doing business within California.

**CONSIDERATION OF ALTERNATIVES**

In accordance with Government Code section 11346.5(a)(13), the Department must determine that no reasonable alternative considered by the Department, or that has otherwise been identified and brought to the attention of the Department, would be either more effective in carrying out the purpose for which the action is proposed or would be as effective and less burdensome to affected private persons than the proposed regulations.  The Department invites any person interested in presenting statements or arguments with respect to alternatives to the proposed regulations to do so at the scheduled hearing or during the written comment period.

**CONTACT PERSONS**

Please direct inquiries concerning the proposed administrative action to Jeff Amador at (916) 227-3661.  The backup contact person is Troy Perry at (916) 227-3707.  The mailing address for Jeff Amador and Troy Perry is:
>Department of Justice
>Firearms Licensing and Permits Section
>P.O. Box 820200
>Sacramento, CA 94203-0200

**AVAILABILITY OF RULEMAKING FILE INCLUDING THE INITIAL STATEMENT OF REASONS AND TEXT OF PROPOSED REGULATIONS**

The DOJ will have the entire rulemaking file available for inspection and copying throughout the rulemaking process.  The initial statement of reasons and the text of proposed regulations are currently available at the DOJ website at http://caag.state.ca.us/firearms/regs/.  You may also obtain copies by contacting Troy Perry at the telephone number or address listed above.

**AVAILABILITY OF CHANGED OR MODIFIED TEXT**

After considering all timely and relevant comments received, the Department may adopt the proposed regulations substantially as described in this notice.  If the Department makes modifications which are sufficiently related to the originally proposed text, it will make the modified text (with the changes clearly indicated) available to the public for at least 15 days before the Department adopts the regulations as revised.  The Department will accept written comments on the modified text for 15 days after the date on which they are made available.  Copies of any modified text will be available from the DOJ website at http://caag.state.ca.us/firearms/regs/. You may also obtain a written copy of any modified text by contacting Troy Perry at the telephone number or address above.

**AVAILABILITY OF FINAL STATEMENT OF REASONS**

Upon completion, the final statement of reasons will be available at the DOJ website at http://caag.state.ca.us/firearms/regs/. You may also obtain a written copy of the final statement of reasons by contacting Troy Perry at the telephone number or address above.

**AVAILABILITY OF DOCUMENTS ON THE INTERNET**

Copies of the Notice of Proposed Action, the Initial Statement of Reasons, and the text of the regulations in strikeout format, as well as the Final Statement of Reasons once it is completed, can be accessed through the DOJ website at http://caag.state.ca.us/firearms/regs/.