Exhibit K

STATE OF CALIFORNIA                                                                    ARNOLD SCHWARZENEGGER, Governor

# OFFICE OF ADMINISTRATIVE LAW

300 Capitol Mall, Suite 1250
Sacramento, CA  95814
(916) 323-6225  FAX (916) 323-6826

**Susan Lapsley, Director**



September 11, 2007

Gene Hoffman, Jr.
751 Sylvan Way
Emerald Hills, CA  94062

Re: CTU-07-0712-01

Dear Mr. Hoffman:

On July 12, 2007, the Office of Administrative Law received your petition alleging that the Department of Justice, Bureau of Firearms has issued, used, enforced, or attempted to enforce an underground regulation.  The specific alleged underground regulation is:

> The Department of Justice, Bureau of Firearms issued a document entitled, "IMPORTANT NOTICE California Department of Justice Information Regarding the Sale/Possession of Unnamed AR-15/AK 47 "Series" Firearms" which informed owners and dealers of firearms that semiautomatic centerfire rifles that are modified to be temporarily incapable of accepting detachable magazines, but that can be restored to accommodate detachable magazines are assault weapons if they have any of the features listed in Penal Code §12276.1(a)(1).  It also notifies these individuals that they must remove the features, sell the firearm without the features or permanently alter the firearm in order to comply with the law.

After reviewing your petition and the accompanying documentation, we accept the petition for consideration. Pursuant to Title 1, California Code of Regulations, section 270, please note the following time table:

Publication of Petition in Notice Register: September 28, 2007
Deadline for Public Comments: October 29, 2007
Deadline for Agency Response: November 13, 2007
Deadline for Petitioner Rebuttal: No later than 15 days after receipt of the agency's response
Deadline for OAL Decision: January 28, 2008

Sincerely,

*Susan Lapsley*

Susan Lapsley
Director