Exhibit O

# DECLARATION OF SONOMA COUNTY SHERIFF STEVE FREITAS

I, STEVE FREITAS, hereby declare as follows:

1. I am the current elected Sheriff-Coroner of the County of Sonoma, and assumed that office on January 3, 2011. Prior to that day, I had been employed as a peace officer with the Sonoma County Sheriff's Office for approximately 20 years, during which time I also served in the capacity as the Chief of Police of the Town of Windsor, California. During my 27-year career, I have worked in various agencies in both detention administration and law enforcement in several different capacities. The matters set forth below are true and correct based on my own personal experiences and opinions, unless otherwise indicated, and if called to testify in this action I could and would competently testify thereto.

2. Under current law, the presence of a "flash suppressor" on a firearm is one indicia of an illegal assault weapon under California's Assault Weapons Control Act. Per California regulations, the definition of a "flash suppressor" is "[a]ny device designed, intended, or that functions to perceptibly reduce or redirect muzzle flash from the shooter's field of vision. (See 11 C.C.R. §5469(b).) Based on my review of this law, my investigation of the issues with Sheriff's Office weapons experts, and my general experience in law enforcement, I have developed the following opinions.

3. In my opinion, it is very difficult for law enforcement officers in the field to determine whether a device attached to a firearm meets the definition of a "flash suppressor." This is because the definition of "flash suppressor" has no objective standard or measurement that can be used in the field to determine whether a device is an illegal "flash suppressor." In addition, "flash suppressors" can easily be confused with very similar-looking devices attached to the end of a rifle barrel that are not illegal, such as muzzle-brakes, muzzle-compensators, or harmonic balancers.

4. In my opinion, to determine whether a device attached to a weapon is an illegal "flash suppressor" or instead a legal device (such as a muzzle-brake) creates profound challenges to peace officers in the field. The differences between illegal "flash suppressors" and legal devices are fine distinctions, which require thorough examination, research into manufacturers' specifications, and/or firing the weapon – which practices are not available to officers in the field.

5. It is my opinion that there is no general training my Office could conduct that would assist Sheriff's Deputies in distinguishing between a legal muzzle brake and an illegal flash suppressor with certainty.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on 5/22, 2012, in the City of Santa Rosa, County of Sonoma, State of California.

_____
STEVE FREITAS