IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,

    Plaintiffs,

    v.

KAMALA HARRIS, ATTORNEY GENERAL OF CALIFORNIA and CALIFORNIA DEPARTMENT OF JUSTICE,

    Defendants.

No. C 10-01255 SI

**JUDGMENT**

Defendants' motion to dismiss for lack of standing and lack of ripeness has been granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 4, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE