Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVENUE, SAN FRANCISCO, CA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No.:   3:10-CV-01255 SI <br><br> NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT <br><br> JUDGMENT ENTERED: Mar. 4, 2014 |

PLEASE TAKE NOTICE:

Plaintiffs: MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., appeal to the United States Court of Appeal for the Ninth Circuit from the final JUDGMENT (Doc # 96) of the district court, entered in this case on March 4, 2014, and all interlocutory orders that gave rise to the Judgment, including but not limited to the ORDER GRANTING DEFENDANTS' MOTION TO

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Notice of Appeal          Page 1 of 2          *Haynie, et al. v. Harris, et al.*

1  DISMISS WITHOUT LEAVE TO AMEND, filed on March 4, 2014. (Doc # 95).

2       Dated: March 20, 2014

3                                    /s/ Donald Kilmer

4                                    Donald Kilmer, Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Notice of Appeal          Page 2 of 2          *Haynie, et al. v. Harris, et al.*