Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVENUE, SAN FRANCISCO, CA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, CALIFORNIA DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No.:   3:10-CV-01255 SI<br><br>PLAINTIFF/APPELLANTS' REPRESENTATION STATEMENT |

    The undersigned represents Plaintiff/Appellants: MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC., in this matter and no others.

    The remaining parties to this action are the Defendant/Appellees: KAMALA HARRIS, Attorney General of California, and the CALIFORNIA DEPARTMENT OF JUSTICE.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Representation Statement           Page 1 of  2           *Haynie, et al. v. Harris, et al.*

Plaintiff/Appellants are currently represented by:

Donald E.J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER, A.P.C.
1645 Willow Street, Suite 150
San Jose, California 95125-5120
Voice: (408) 264-8489
Fax: (408) 264-8487
Email: Don@DKLawOffice.com

Defendant/Appellees are currently represented by:

KAMALA D. HARRIS
Attorney General of California
ZACKERY P.MORAZZINI
Supervising Deputy Attorney General
ROSS C.MOODY
Deputy Attorney General
State Bar No. 142541
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-1376
Fax: (415) 703-1234
E-mail: Ross.Moody@doj.ca.gov

Dated: March 20, 2014

                                                              /s/ Donald Kilmer
                                                              Donald Kilmer,
                                                               Attorney for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Representation Statement         Page 2 of 2         *Haynie, et al. v. Harris, et al.*