**4 minutes**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/28/14

Case No.   C-10-1255             Judge:   SUSAN ILLSTON

Title: HAYNIE, ET AL.,   -v- HARRIS, ET AL.,

Attorneys: Don Kilmer            Ross Moody

Deputy Clerk:  Tracy Kasamoto Court Reporter: Katherine Sullivan

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X)Court

TENTATIVE
Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to   for Further Case Management Conference


Case continued to    @ **3:30 p.m.**   for Pretrial Conference

Case continued to    @ **8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: